

April 26, 2024

**FILED VIA ECF**
Judge Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Kessler v. The Quaker Oats Co.*
Index No: 24-cv-526-KMK

Your Honor:

We represent Plaintiff in the above captioned matter. We write, along with counsel for Plaintiffs in the related matters,[1] to inform the Court that the parties in this action and in the related matters have agreed in principle upon key terms for a proposed class-wide settlement. Accordingly, Plaintiff requests that the Court terminate all pending deadlines in this action. With the Court's permission, Plaintiff intends to file an amended consolidated complaint, which will include the other related matters within thirty (30) days of the date of this letter, by May 24, 2024. Plaintiff's counsel also respectfully requests permission to file a Motion for Preliminary Approval of Class Action Settlement and Class Certification within sixty (60) days from the date of this letter, by June 24, 2024. Plaintiff's counsel has spoken with Defendant's counsel and Defendant agrees with Plaintiff's requests.

Please kindly advise should Your Honor have any further questions.

Very truly yours,

**SULTZER & LIPARI, PLLC**

Jason P. Sultzer

Granted.
So Ordered
KMK
5/17/24

---

[1] The related matters include:
*Herendeen v. The Quaker Oats Co.*, case no. 23-cv-17103 (N.D. Ill.)
*Kessler v. The Quaker Oats Co.*, case no. 24-cv-526 (S.D.N.Y.)
*Hill v. The Quaker Oats Company*, case no. 1:24-cv-02609 (N.D. Ill.)
*Rodriguez v. Quaker Oats* (N.D. Ill.)

85 Civic Center Plaza, Suite 200 | Poughkeepsie, New York 12601 | Phone (845) 483-7100 | Fax: (888) 749-7747 | sultzerlipari.com