UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND KESSLER, HARTENCE HILL, LAZARO RODRIGUEZ, TERESA HEREDEEN, and BARBARA ABREU individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | CASE NO. 7:24-cv-00526<br><br>The Honorable Kenneth M. Karas<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Plaintiffs will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and upon the accompanying Memorandum of Law and the Declaration of Jason P. Sultzer, Esq., for an Order: 1) preliminarily approving this proposed class action settlement; 2) preliminarily certifying the class for settlement purposes; and 3) granting approval of the proposed notice plan.

Dated: June 24, 2024

                Respectfully submitted,

                By: _/s/ Jason P. Sultzer_
                   Jason P. Sultzer

                **SULTZER & LIPARI, PLLC**
                Jason P. Sultzer, Esq.
                Jeremy Francis, Esq.
                85 Civic Center Plaza, Suite 200
                Poughkeepsie, NY 12061
                Tel: (845) 483-7100
                Fax: (888) 749-7747
                E-Mail: sultzerj@thesultzerlawgroup.com
                    francisj@thesultzerlawgroup.com

1

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III, Esq.
6905 Telegraph Road, Suite 115 Bloomfield Hills, Michigan 48301
Tel: (313) 303-3472
*nsuciu@milberg.com*

**POULIN WILLEY ANASTAPOULO**
Paul Doolittle
32 Ann St,
Charleston, SC 29403
Telephone: (800) 313-2546
Email: *pauld@akimlawfirm.com*

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, Pa. 19106
Telephone: (215) 592-1500
Email: *cschaffer@lfsblaw.com*

**BURSOR & FISHER, P.A.**
Joshua Arisohn
1330 A venue of the Americas, 32 Floor
New York, NY 10019
Telephone: 646-837-7103
*jarisohn@bursor.com*

**GOLDENBERG SCHNEIDER, L.P.A.**
Jeffrey S. Goldenberg
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: 513-345-8297
*jgoldenberg*@gs-legal.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Andrew Costello
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
*jbrown@leedsbrownlaw.com*

*Attorneys for Plaintiffs and the Settlement Class*