UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND KESSLER, *et al.*

                Plaintiffs,

            v.

THE QUAKER OATS COMPANY,

                Defendant.

No. 24-cv-526 (KMK)

SCHEDULING ORDER

---

KENNETH M. KARAS, United States District Judge:

      The hearing on Plaintiff's Motion for Preliminary Approval and Class Certification, (Dkt. No. 10) will be held on March 12, 2025, at 11 a.m. via teleconference at 605-472-5160, access code #4653066.

SO ORDERED.

DATED:     January 24, 2025
                White Plains, New York

                                                        KENNETH M. KARAS
                                                           UNITED STATES DISTRICT JUDGE