UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND KESSLER, *et al.*

                      Plaintiffs,

v.

THE QUAKER OATS COMPANY,

                      Defendant.

Case No. 24-CV-526 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record at the March 12, 2025, hearing, the Parties' Motion for Preliminary Approval and Class Certification is granted. The Clerk of Court is respectfully directed to close the pending motion (Dkt. No. 10).

SO ORDERED.

DATED:    March 12, 2025
                 White Plains, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE