AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Raymond Kessler, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:24-cv-00526 |
| The Quaker Oats Company | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barbara Abreu

Date: 06/13/2025

/s/ Anthony M. Alesandro
*Attorney's signature*

Anthony M. Alesandro (5686316)
*Printed name and bar number*

Leeds Brown Law, P.C.
1 Old Country Rd., Suite 347
Carle Place, NY 11514
*Address*

aalesandro@leedsbrownlaw.com
*E-mail address*

(516) 873-9550
*Telephone number*

(516) 747-5024
*FAX number*