

## Sultzer & Lipari

July 10, 2025

**VIA ECF**
Judge Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *Kessler v. The Quaker Oats Co.***
**Index No: 24-cv-526-KMK**

Your Honor:

We represent Plaintiffs and the putative class in the above captioned matter. As the Court is aware, this matter is a class action in which the Court preliminary approved a settlement between the parties and scheduled a final approval hearing for August 4, 2025. *See* ECF No. 34.

We write to the Court because Tuesday evening we became aware of an objection to the settlement (the only objection that counsel is currently aware of) that was mailed to the Court on or about June 27, 2025. We are attempting to schedule a meet-and-confer with the objecting party to discuss and hopefully resolve what we believe to be a non-meritorious objection. In the event that we are unable to resolve the objection, however, Plaintiffs' counsel requests an opportunity to file a response to the objection of no more than ten (10) pages on or before July 21, 2025, in advance of the final approval hearing.

We thank the Court for its time and attention to this matter.

**SULTZER & LIPARI, PLLC**

Jason P. Sultzer, Esq.

CC: Pat Zhen (*pro se* Objector)
    By email