UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

**Raymond Kessler, Hartence Hill, Lazaro Rodriguez, Teresa Herendeen, and Barbara Abreu individually and on behalf of all others similarly situated,**

       **Plaintiffs,**

v.              Case No.: 7:24-cv-00526

**The Quaker Oats Company,**

       **Defendant.**

------------------------------------------------------------x

# PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT, on August 4, 2025, at 10:00 a.m. in the Courtroom of the Kenneth M. Karas, United States District Court, Southern District of New York, Plaintiffs Raymond Kessler, Hartence Hill, Lazaro Rodriguez, Teresa Herendeen, and Barbara Abreu (collectively, "Plaintiffs"), will and hereby do move the Court for an order of Final Approval of the Class Action Settlement and respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for final approval of a proposed Settlement with Defendant The Quaker Oats Company ("Defendant") and affirmation of the certification of the Settlement Class defined in the Settlement Agreement.

  The motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement and supporting documents, the Declaration of Jason Sultzer, and the Declaration and of Steven Weisbrot of Angieon Group,

the exhibits attached thereto, all the pleadings and documents on file in this action, and such other matters as may be presented at or before the hearing.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

Dated: July 14, 2025

Respectfully submitted,

**SULTZER & LIPARI, PLLC**

By: */s/ Jason P. Sultzer*
Jason P. Sultzer, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
E-Mail: sultzerj@thesultzerlawgroup.com
　　　　　francisj@thesultzerlawgroup.com

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III, Esq.
6905 Telegraph Road, Suite 115 Bloomfield Hills, Michigan 48301
Tel: (313) 303-3472
*nsuciu@milberg.com*

**POULIN WILLEY ANASTAPOULO**
Paul Doolittle
32 Ann St,
Charleston, SC 29403
Telephone: (800) 313-2546
Email: *pauld@akimlawfirm.com*

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, Pa. 19106
Telephone: (215) 592-1500
Email: [cschaffer@lfsblaw.com](mailto:cschaffer@lfsblaw.com)

**BURSOR & FISHER, P.A.**
Joshua Arisohn
1330 A venue of the Americas, 32 Floor
New York, NY 10019
Telephone: 646-837-7103
*jarisohn@bursor.com*

**GOLDENBERG SCHNEIDER, L.P.A.**
Jeffrey S. Goldenberg
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: 513-345-8297
*jgoldenberg@gs-legal.com*

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Andrew Costello
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
*jbrown@leedsbrownlaw.com*

*Attorneys for Plaintiffs and the Settlement Class*