## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND KESSLER, HARTENCE HILL, LAZARO RODRIGUEZ, TERESA HERENDEEN, and BARBARA ABREU individually and on behalf of all others similarly situated, | **CASE NO. 7:24-CV-00526** |
| Plaintiffs, | **DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP RE: IMPLEMENTATION OF THE NOTICE PLAN & SETTLEMENT ADMINISTRATION** |
| v. | |
| THE QUAKER OATS COMPANY, | |
| Defendant. | |

I, Steven Weisbrot, declare and state as follows:

1.      I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

2.      I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion. In forming my opinions regarding notice in this action, I have drawn from my extensive class action experience, as described in the Declaration of Steven Weisbrot re: Angeion Group Qualifications and Proposed Notice Plan ("Notice Plan Declaration") (Dkt. No. 13-2).

3.      Angeion was appointed as Claim Administrator and directed to carry out the Notice Plan in conformance with the Class Action Settlement Agreement And Release (Dkt. No. 13-1) ("Agreement"), and to perform all other tasks required by the Agreement. *See* Preliminary Approval Order (Dkt. No. 34).

4.      The purpose of this declaration is to provide the Parties and the Court with a summary of the work performed to implement the Court-approved Notice Plan, and to provide an

update regarding the number and status of Claim Forms received, requests for exclusion received, and objections to the Settlement.

<u>**NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT OF 2005**</u>

5.      The Agreement was filed with the Court on June 25, 2024. Accordingly, pursuant to 28 U.S.C. §§ 1715(b), on behalf of the defendant, Angeion caused notice of the Settlement ("CAFA Notice") to be sent to the Attorneys General of all U.S. states and territories, and the Attorney General of the United States on July 3, 2024. A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A**.

<u>**SUMMARY OF THE NOTICE PLAN**</u>

6.      The Notice Plan provided for a comprehensive multi-faceted media campaign consisting of state-of-the-art internet notice, social media notice via Facebook and Instagram, and a paid search campaign via Google. The Notice Plan also included the implementation of a dedicated Settlement Website and toll-free telephone line where Settlement Class Members were able to learn more about their rights and options pursuant to the terms of the Settlement.

<u>**MEDIA CAMPAIGN**</u>

7.      On April 28, 2025, Angeion commenced the sixty (60) day media campaign. The robust media campaign was designed to deliver an approximate 75.14% reach with an average frequency of 3.01 times each by serving approximately forty (40) million impressions.

<u>**Internet Banner Ad Notice**</u>

8.      The internet banner advertisements were disseminated using a desktop and mobile campaign to notify and drive potential Settlement Class Members to the dedicated Settlement Website where they could find more information about the Settlement and submit a claim form. In total, approximately 15,807,404 impressions were served via the internal banner advertisements. Exemplar copies of the internet banner advertisements are attached hereto as **Exhibit B**.

**Social Media Notice**

9.      The social media portion of the media campaign utilized the social media platforms Facebook and Instagram to notify and drive Settlement Class Members to the dedicated Settlement Website. The social media ads ran concurrently with the internet banner notices and served approximately 29,314,086 impressions. Exemplar copies of the social media ads are attached hereto as **Exhibit C**.

**Paid Search**

10.     The paid search component of the media campaign utilized Google to help drive Settlement Class Members who were actively searching for information about the Settlement to the dedicated Settlement Website. The paid search has served approximately 25,474 impressions.

### ADDITIONAL CLAIMS STIMULATION EFFORTS

11.     On June 6, 2025, After working closely with the Parties, Angeion commenced numerous additional notice efforts to stimulate claims, as summarized below.

**Sponsored Class Action Website Listing**

12.     On or about June 6, 2025, Angeion caused a sponsored listing to be posted on leading class action settlement website, www.topclassactions.com. True and correct copies of the Top Class Actions listing and email newsletters are attached hereto as **Exhibit D.**

13.     On June 12, 2025, Angeion caused a sponsored listing to be posted on the class action settlement website, www.openclassactions.com. True and correct copy of the Open Class Actions listing and email newsletters are attached hereto as **Exhibit E.**

**Internet Banner Ad Notice**

14.     On June 12, 2025, Angeion commenced disseminating additional internet banner notices specifically crafted utilizing simplified messaging to inform potential Settlement Class Members of the claim filing deadline. These internet banner ads ran for 15 days and served approximately 763,208 impressions. Exemplar copies of the simplified internet banner advertisements are attached hereto as **Exhibit F.**

**Social Media Notice**

15.    On June 12, 2025, Angeion commenced additional social media notice via the social media platforms Facebook, Instagram, X, YouTube, and TikTok. The social media advertisements ran concurrently with the internet banner advertisements and served approximately 6,620,373 impressions. The social media advertisements were likewise specifically crafted utilizing simplified messaging to inform potential Settlement Class Members of the claim filing deadline. Exemplar copies of the social media advertisements are attached hereto as **Exhibit G.**

**Paid Search**

16.    On June 12, 2025, Angeion commenced an additional paid search campaign via Google to help drive Settlement Class Members who were actively searching for information about the Settlement to the dedicated Settlement Website. The paid search has served approximately 25,071 impressions.

## REACH & FREQUENCY

17.    The media plan **exceeded expectations** by serving over 45 million impressions, resulting in an approximate 79.60% reach with an average frequency of 3.20 times each. Additionally, when combined with the claim stimulation efforts the campaigns served over 52 million impressions, resulting in an approximate 85.96% reach with an average frequency of 3.45 times. In practice, this means that approximately 85.96% of our Target Audience saw an advertisement concerning the Settlement on an average of 3.45 times each. The approximate 85.96% reach is separate and apart from the Settlement Website and toll-free hotline.

18.    The Federal Judicial Center states that a publication notice plan that reaches 70% of class members is one that reaches a "high percentage" and is within the "norm." Barbara J. Rothstein & Thomas E. Willging, Federal Judicial Center, "Managing Class Action Litigation: A Pocket Guide for Judges", at 27 (3d Ed. 2010).

**DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP**
**RE: IMPLEMENTATION OF THE NOTICE PLAN & SETTLEMENT ADMINISTRATION**

## SETTLEMENT WEBSITE

19.     On April 28, 2025, Angeion established the following website devoted to this Settlement: www.FoodRecallSettlement.com ("Settlement Website"). The Settlement Website contains general information about this Settlement, including important dates and deadlines, and answers to frequently asked questions. The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send a message with any additional questions to a dedicated email address. Settlement Class Members were also able to submit a Claim Form or Exclusion request via customized secure online portals.

20.     The Settlement Website allowed Settlement Class Members to review or download relevant Court documents, including the complete list of Covered Products, the Long Form Notice, Class Action Complaint, Amended Class Action Complaint for Settlement Purposes, Class Action Settlement Agreement and Release, Preliminary Approval Order, Settlement Claim Form, and the Request for Exclusion Form. True and accurate copies of the Long Form Notice, Settlement Claim Form, and Request for Exclusion Form are attached hereto as **Exhibits H, I, and J**, respectively.

21.     As of July 9, 2025, the Settlement Website had approximately 1,297,658 page views and 947,642 sessions, which represents the number of individual sessions initiated by all users.

## TOLL-FREE PHONE NUMBER

22.     On April 28, 2025, Angeion established the following toll-free line dedicated to this case: 1-877-688-4026. The toll-free line utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions, the ability to request that the Long Form or Settlement Claim Form be mailed to them, and includes general information about the Settlement including important dates and deadlines. The toll-free line is accessible 24 hours a day, 7 days a week.

23.     As of July 9, 2025, there have been 129 calls to the toll-free telephone number representing approximately 508 minutes of use.

## CLASS MEMBER COMMUNICATION

**Email Correspondence**

24.     On April 25, 2025, Angeion established the following email address dedicated to this case: Info@FoodRecallSettlement.com. In addition to the frequently asked questions available on the Settlement Website and toll-free IVR telephone support, Settlement Class Members could send emails directly to the Settlement Administrator.

25.     As of July 14, 2025, there have been approximately 3,805 emails received from potential members of the Settlement Class. Where appropriate, Angeion has responded to these, and will continue to receive and respond to inquiries throughout the remainder of the administration.

## CLAIM FORM SUBMISSIONS & PRELIMINARY CALCULATIONS

**Claim Form Submission Summary**

26.     The deadline for Settlement Class Members to submit a Claim Form was June 27, 2025. As of July 14, 2025, Angeion received approximately 140,712 (140,273 online, 439 paper) Claim Form submissions. These Claim Form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions, and a final review for potential fraud. Angeion will conduct a final review of all claims and provide the parties with a report as to the number of claims which are determined to be valid, rejected, or deficient. Angeion will provide deficient claims a notice by email or mail allowing the Class Member the opportunity to cure their deficiency.

**Preliminary Calculations[1]**

27.     The preliminary calculations assume that the Court grants the following: (1) Attorneys' Fees and Expenses in the amount of $2,250,000; (2) $500 Service Awards for each of the five (5) Class Representatives, totaling $2,500. The preliminary calculations also include

---

[1] The preliminary calculations are subject to change based on any adjustments made to the assumptions described in paragraph 21 and/or other minor factors such as rounding (i.e., excess funds not able to be distributed evenly). If the assumptions described in paragraph 21 remain accurate, Angeion does not anticipate that the final calculations will deviate much, if at all, from the preliminary calculations provided herein

Angeion's total estimated notice and administrative costs in the amount of $396,545[2]. Based on these assumptions, the Net Settlement Fund amount that is available to distribute to Valid Claims is $4,126,207, as illustrated in the chart below (the "NSF"):

| Preliminary Calculations | |
| --- | --- |
| Settlement Fund | $6,750,000.00 |
| Settlement Fund Deductions | |
| Attorneys' Fees and Expenses | $2,250,000.00 |
| Class Representative Service Awards (5 at $500 each) | $2,500.00 |
| Notice & Administration Fees | $396,545.00 |
| Net Settlement Fund | $4,100,955.00 |

28.     Angeion is currently reviewing Claim Form submissions including supporting documentation and will keep the Parties apprised of the status of this review.

## REQUESTS FOR EXCLUSION

29.     The deadline for Settlement Class Members to request exclusion from the Settlement was June 27, 2025. As of July 14, 2025, Angeion has received 23 timely requests for exclusion from the Settlement. Of these, 8 individuals who requested exclusion also filed a Claim Form. Pursuant to §VI.6.6. of the Settlement Agreement and Release, if a Settlement Class Member submits both a Claim Form and an exclusion request, the Claim Form shall take precedence and be considered valid and binding, and the exclusion request shall be deemed to have been sent by mistake and rejected. A list containing the names of the 15 individuals who have requested exclusion from the Settlement is attached hereto as **Exhibit K**.

## OBJECTIONS TO THE SETTLEMENT

---

[2] Pursuant to §1.18 of the Agreement, The Initial Settlement and Administration Payment in the amount of $100,000 made by the defendant is separate and in addition to the Settlement fund.

30.     The deadline for Settlement Class Members to object to the Settlement was June 27, 2025. As of July 14, 2025, Angeion has been made aware of one objection to the Settlement made by a Pat Zhen.

31.     Mr. Zhen indicates that he is a regular purchaser of "Quaker Chewy Yogurt Variety Pack and Quaker Assorted Chewy 48 pack prior to March 13, 2025" qualifying him as a Class Member.  As an initial matter, Angeion notes that the product that Mr. Zhen describes is NOT one of the Covered Products included in this Settlement.

32.     Mr. Zhen claimed the online claims portal provided him with the message, "We have detected inconsistencies with your submission and/or interactions with the website. Please try again or on a different device (and disable any privacy settings). If the problem persists, please contact us by clicking the contact form (or emailing Info@FoodRecallSettlement.com) and include this submission ID: 5fe85434-37d9-4334-abd4-2090e01d3696."

33.     AngeionAffirm 2.0 (Angeion's proprietary real time fraud detection system) identified several inconsistencies with Mr. Zhen's submission, which prompted the above message. Angeion reviewed its records and was unable to locate any communications from Mr. Zhen, as directed by the noted message. If contacted, Angeion's staff, which has been thoroughly trained on how to assist any actual individuals who receive the real time alert, would have provided Mr. Zhen with prompt assistance with his attempted submission.

34.     Lastly, Mr. Zhen states the terms of the prepaid card were not disclosed.  However, as part of the claim submission process, the terms and conditions are made available at the time of payment election for each of the payment options available for the administration.  Screenshots of the relevant filing steps and the associated terms presented at the time are attached as **Exhibit L**.

## NOTICE & ADMINISTRATION COSTS

35.     Through May 31, 2025, the cost to provide notice to the Settlement Class and perform the administrative tasks required under the Settlement is approximately $221,910. Angeion estimates it will incur an additional $274,635 in administration costs through the

completion of the administration. Angeion estimates the overall administration costs for disseminating class notice, along with claims processing and distribution through completion, will be approximately $496,545.

## CONCLUSION

36.     The Notice Plan featured a robust and comprehensive state-of-the-art media campaign consisting of targeted internet notice, social media notice, digital video noticing, publication notice, and a paid search campaign, as well as the implementation of a dedicated Settlement Website, and toll-free telephone line where Class Members could learn more about their rights and options in the Settlement. The Notice Plan exceeded expectations, delivering an approximate 85.96% reach with an average frequency of 3.45 times.

37.     It remains my professional opinion that the Notice Plan provided full and proper notice to Settlement Class Members before the claims, opt-out, and objection deadlines. Moreover, it is my opinion that the Notice Plan was the best notice practicable under the circumstances, fully comporting with due process and Fed. R. Civ. P. 23.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 14, 2025

_____
STEVEN WEISBROT

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

July 3, 2024

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:    Notice of Class Action Settlement**
        *Kessler v. The Quaker Oats Company*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** Kessler, et all, v. The Quaker Oats Company
> **Index Number:** 7:24-cv-00526-KMK
> **Jurisdiction:** United States District Court, Southern District of New York
> **Date Settlement Filed with Court:** June 24, 2024

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM.

1. **28 U.S.C. § 1715(b)(1)-Complaint:** *Class Action Complaint and Demand for Jury Trial* filed with the Court on January 24, 2024; *Amended Class Action Complaint and Demand for Jury Trial* filed with the Court on May 24, 2024.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are no judicial hearings currently scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The *Long Form Notice*, and *Claim Form* filed with the Court on June 24, 2024. The proposed settlement administration protocol and notice plan, filed on June 24, 2024, is also included on the enclosed CD-ROM.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** Class Action Settlement Agreement**,** filed with the Court on June 24, 2024. *Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, Plaintiffs' Memorandum of Law In Support Of Motion For Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, and Approval Of Notice Plan*, and the *Declaration Of Jason P*

CAFA Notice of Class Action Settlement

*Sultzer In Support Of Plaintiffs' Motion For Preliminary Approval Of Class Action Settlement,* filed with the Court on June 24, 2024, are also included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:**  Other than the Settlement Agreement, no other settlements or other agreements have been contemporaneously made between the Parties or between class counsel and counsel for the defendants.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**  The Settlement Class is estimated to include thousands of consumers across the United States. The number of Class Members residing in each state and the proportionate share of their claims is not known and cannot reasonably be estimated at this time, as it is contingent on the Class Members' submission of a claim form.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion related to the Settlement at this time. The *[Proposed] Preliminary Approval Order* is included on the enclosed CD-ROM.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

Exhibit B

If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**LEARN MORE**

If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**LEARN MORE**

If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**LEARN MORE**

If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**LEARN MORE**

Exhibit C





# Exhibit D

7/14/25, 5:26 PM $6.75M Quaker Oats class action settlement – Claim deadline approaching!

Case 7:24-cv-00526-KMK Document 44 Filed 07/14/25 Page 18 of 80

Lawsuits & Settlements    News & Updates    For Attorneys    About Us    Member Center

# $6.75M Quaker Oats class action settlement – Claim deadline approaching!



Lawsuit Filed          Class Certified          Settlement Approved          Open for Claims

By Top Class Actions  |  June 12, 2025

Category: Closed Class Actions

FOLLOW ARTICLE


SQUARESPACE
Build your website *your* way
GET STARTED

## This settlement is closed!

Please see what other class action settlements you might qualify to claim cash from in our Open Settlements directory!



### GET OUR NEWSLETTER

We tell you about **cash** you can **claim** every week! Subscribe to our free newsletter today.

**Email** *

Email

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept                                                         Read more      Change Settings

7/14/25, 5:26 PM    $6.75M Quaker Oats class action settlement | Claim deadline approaching!

Case 7:24-cv-00526-KMK    Document 44    Filed 07/14/25    Page 19 of 80

Quaker Oats agreed to a $6.75 million class action lawsuit settlement to resolve claims alleging deceptive marketing and labeling practices in connection with Quaker's voluntary recall of certain food products that had the potential to be contaminated with salmonella.

The Quaker Oats settlement benefits consumers who purchased certain Quaker Oats products that were recalled in December 2023 and January 2024.

Consumers quickly took **legal action** against Quaker Oats, arguing the company should have known its products were at risk of being contaminated with salmonella. Plaintiffs in the case say Quaker Oats violated consumer protection laws by marketing its products as safe for consumption. Quaker denies these claims and has not admitted any liability but agreed to the $6.75 million settlement to avoid further litigation.



Success!    CLOUDFLARE
Privacy • Terms

SUBSCRIBE NOW

**Quaker Oats** is a food company that sells oatmeal, granola bars, rice cakes and other products.

Under the terms of the Quaker Oats settlement, class members can receive a cash payment based on the number of products they purchased.

To receive settlement benefits, class members must submit a valid claim form by **June 27, 2025**.

SUBMIT CLAIM »



Square

**California wildfire lawsuit: See if you qualify for compensation**

JULY 9, 2025 | LEGAL NEWS

READ MORE

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept      Read more    Change Settings

Lawsuits & Settlements    News & Updates    For Attorneys    About Us    Member Center



**Ventura County wildfire lawsuit: See if you qualify for compensation**

JULY 9, 2025 | LEGAL NEWS

**READ MORE**

Watch now

@topclassactions

🎗️ in bio to claim your share! 🏅
#QuakerOats #Oatmeal ...See more

♫ original sound - Top Class Actions - Top Class Actions

Search for

## Who's Eligible

Consumers who purchased certain Quaker Oats products that were recalled in December 2023 and January 2024. A complete list of covered products is available on the official Settlement Website.

## Potential Award

Full or partial refund of covered purchases plus sales tax allowances.

## Proof of Purchase

Proof of purchase is not required unless you would like to claim more than two products. Acceptable proof includes a receipt, invoice or other document that identifies the product(s) purchased, the purchase price, the date and location of

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept

Read more    Change Settings

7/14/25, 5:26 PM
6.75M Quaker Oats class action settlement | Claim deadline approaching!
Case 7:24-cv-00526-KMK    Document 44    Filed 07/14/25    Page 21 of 80

Lawsuits & Settlements     News & Updates     For Attorneys     About Us     Member Center

unsure if you qualify, please read the FAQ section of the Settlement Administrator's website to ensure you meet all standards (Top Class Actions is not a Settlement Administrator). If you don't qualify for this settlement, check out our database of other **open class action settlements** you may be eligible for.

## Claim Form Deadline

06/27/2025

SUBMIT CLAIM »

## Case Name

*Kessler, et al. v. The Quaker Oats Company*, Case No. 7:24-cv-00526-KMK, in the United States District Court for the Southern District of New York

## Final Hearing

08/04/2025

## Settlement Website

**FoodRecallSettlement.com**

## Claims Administrator

Kessler v. The Quaker Oats Company
Claim Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
info@FoodRecallSettlement.com
877-688-4026

## Class Counsel

Jason P. Sultzer

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept

Read more        Change Settings

Lawsuits & Settlements     News & Updates     For Attorneys     About Us     Member Center

POULIN WILLEY ANASTAPOULO

Charles E. Schaffer
LEVIN SEDRAN & BERMAN

Joshua Arisohn
BURSOR & FISHER P.A.

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER LPA

Jeffrey K. Brown
LEEDS BROWN LAW P.C.

## Defense Counsel

Lauren S. Colton
HOGAN LOVELLS US LLP

**Read About More Class Action Lawsuits & Class Action Settlements:**

- $1M Cowboy Channel privacy class action settlement

- $20M Coldwell Banker real estate calls class action settlement

- Nissan defective CVT class action settlement

- $4M HP.com misleading discounts class action settlement

## We tell you about cash you can claim EVERY

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept

Read more     Change Settings

**Country** *

United States

**State** *

SUBSCRIBE NOW

ATTORNEY ADVERTISING

Top Class Actions is a Proud Member of the American Bar Association

LEGAL INFORMATION IS NOT LEGAL ADVICE

Top Class Actions Legal Statement

©2008 – 2025 Top Class Actions® LLC

Various Trademarks held by their respective owners

This website is not intended for viewing or usage by European Union citizens.

# 170 thoughts on
# $6.75M Quaker Oats class action settlement – Claim deadline

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept

Read more    Change Settings

**Laurie Cluckey says:**

June 27, 2025 at 11:53 pm

Please add me

Reply

---

**Cynthia Neff says:**

June 23, 2025 at 9:06 am

Please add me

Reply

---

**Ms. B says:**

June 21, 2025 at 9:38 am

No one can add you. You all need to add yourselves by submitting a claim form. You will need to tell them which products you purchased and when. They don't know the details of all that.

Reply

---

**Jay Karchut says:**

June 21, 2025 at 4:54 am

please add me

Reply

> **Melissa A Morgan says:**
>
> June 21, 2025 at 2:09 pm
>
> Please add me
>
> Reply

---

**Christopher Kline says:**

June 21, 2025 at 2:58 am

Add me.

Reply

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept                                                                        Read more      Change Settings

Lawsuits & Settlements     News & Updates     For Attorneys     About Us     Member Center

Reply

---

**Daniel Sanchez says:**

June 20, 2025 at 4:07 pm

Please add me

Reply

---

**Patricia Clark says:**

June 20, 2025 at 4:06 pm

Please add me

Reply

---

1 … 13 14 **15**

**Leave a Reply**

Your email address will not be published. By submitting your comment and contact information, you agree to receive marketing emails from Top Class Actions regarding this and/or similar lawsuits or settlements, and/or to be contacted by an attorney or law firm to discuss the details of your potential case at no charge to you if you qualify. Required fields are marked *

Comment *

Name *

Email *

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept                                                                    Read more     Change Settings

7/14/25, 5:26 PM
Case 7:24-cv-00526-KMK   Document 44   Filed 07/14/25   Page 26 of 80
$6.75M Quaker Oats class action settlement - Claim deadline approaching!

or your attorney for any updates regarding your claim status, claim form or questions about when payments are expected to be

mailed out.

# RELATED POSTS

READ MORE

**$126M Fortnite class action settlement**

**$1.2M Cheesecake Factory wage class action settlement**

**Zazzle fake discount class action settlement**

**$5.475M Seroquel XR class action settlement**

**$1M Cowboy Channel privacy class action settlement**

**$1M CVS eye drops class action settlement**

**$1.5M Krud Kutter class action settlement**

**$10M Wheat Thins class action settlement**

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept                                                                                      Read more       Change Settings

7/14/25, 5:26 PM     $6.75M Quaker Oats class action settlement – Claim deadline approaching!

Case 7:24-cv-00526-KMK    Document 44    Filed 07/14/25    Page 27 of 80

Lawsuits & Settlements     News & Updates     For Attorneys     About Us     Member Center

**$1.8M UnitedHealth Optum robocalls class action settlement**

**Sierra-at-Tahoe ski ticket class action settlement**

**OpenGov wage scale class action settlement**

**Jeld-Wen salary range class action settlement**

SEARCH OPEN LAWSUITS

## NAVIGATE

Legal News

Open Class Action Settlements

Lawsuits To Join

Our Mission

Vivid Vision

I Am A Lawyer

Privacy Notice

Legal Notice

## SUBSCRIBE TO OUR NEWSLETTER

Email •

Email

First Name •

Country •

United States

State •

CLOUDFLARE
Privacy • Terms

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept

Read more     Change Settings

7/14/25, 5:26 PM

$6.75M Quaker Oats class action settlement | Claim deadline approaching!

Lawsuits & Settlements     News & Updates     For Attorneys     About Us     Member Center

We use cookies to improve functionality and performance, enhance user experience, and provide tailored content. Click Accept if you consent. Click Change Settings if you want to tailor the use of your cookies.

Accept

Read more     Change Settings

| | |
|---|---|
| **From:** | Top Class Actions <topclassactionsstaff@topclassactions.com> |
| **Sent:** | Friday, June 20, 2025 7:10 AM |
| **To:** | |
| **Subject:** | Big Settlements: $6.75M Quaker Oats & More Lawsuits! |

**[EXTERNAL]**



# June 20, 2025





# Featured Articles



**$6.75M Quaker Oats Class Action Settlement – Claim Deadline Approaching!**



## Did a Debt Consolidation or Credit Repair Company Mislead You? You May Qualify to Seek Compensation



# Settlements





**$30M Los Angeles County Juvenile Detention Facilities Class Action Settlement**

**$4M V Shred Data Privacy Class Action Settlement**



**$1.4M Coastal Orthopedic & Sports Medicine Data Breach Class Action Settlement**



**$1.75M TwinStar Credit Union Overdraft Fees Class Action Settlement**



# Money & Consumer Products



**Are You Paying Unauthorized Shipping Insurance Fees?**



**Military Lending Act Cash Advance Class Action Lawsuit**



**Alleged Unlawful Debt Collection Calls Investigation – Credit One, Chase, AmEx, Wells Fargo & Others**



**Cox Internet and TV – Unlawful Price Increases Arbitration Investigation**

# 9 Reasons to Avoid Annuities

Buying an annuity might seem like a safe option for your retirement, but what are you leaving on the table? If you have a $1 million portfolio and own an annuity, you have a lot at stake.

Learn More                    FISHER INVESTMENTS®

Exhibit E

7/14/25, 8:06 PM
Quaker Oats $6.75M Food Recall Class Action Settlement - Time is running out!
Case 7:24-cv-00526-KMK Document 44 Filed 07/14/25 Page 35 of 80

# OpenClassActions.com

# Quaker Oats $6.75M Food Recall Class Action Settlement - Time is running out!



*Published: June 26, 2025*

YouTube    Best restaurants near me    Post    **Share** 563

## Claim Form Deadline: June 27, 2025

## Payout: Refund + 10%

## Proof required: No

Time is running o_____day:



Submit Claim

## What's the 🔍 Quaker Food Recall Settlement?

If you purchased certain Quaker, Cap'n Crunch, Gatorade, Frito-Lay, Gamesa, or Munchies branded food products in the U.S. on or before March 13, 2025, you could be eligible to receive a payment per eligible product, including a refund of the purchase price plus 10%, from a $6.75 million class action settlement.

The 🔍 Quaker Oats Company has agreed to the settlement following allegations that it deceptively labeled and marketed food products later recalled due to possible Salmonella contamination. The lawsuit alleged that Quaker did not adequately disclose the risk of contamination or follow proper safety practices. Quaker denies these claims and has not admitted any liability but agreed to the settlement to avoid further litigation.

Submit Claim

## What is the Total Settlement Amount?

The Quaker Oats Company has agreed to pay $6,750,000 to resolve the class action lawsuit.

## Important Dates

• **Claim Form Deadline:** June 27, 2025 - Submit Claim
• **Exclusion Deadline:** June 27, 2025
• **Objection Deadline:** June 27, 2025
• **Final Approval Hearing:** August 4, 2025

## What are the Payout Options?

Qualifying claimants can select one of the following payment options:

• Zelle
• Venmo
• Prepaid Digital MasterCard
• Paper Check

## How Do I Qualify for a Payout?

To potentially qualify for a payout, you must have purchased one or more of the Quaker Covered Products included in the class action settlement for personal use and not for resale, on or before March 13, 2025. Some of the brands included in the settlement are as follows:

• Quaker
• Cap'n Crunch
• Gatorade
• Frito-Lay
• Gamesa
• Munchies

A [complete list of covered products](#) is available on the [official Settlement Website.](#)

## How Do I Find Class Action Settlements?

Find all the latest class actions you can qualify for by getting notified of new lawsuits as soon as they are open to claims:



• Best restaurants near me

## How Much Can I Get Paid?

Settlement class members who file a valid claim may receive the following benefits:

**• Without Valid Proof of Purchase:**
A cash payout for the average retail price per Covered Product purchased, for up to 2 products per household, plus an additional 10% to cover sales tax.

**• With Valid Proof of Purchase:**
Full purchase price (including tax) for each Covered Product purchased during the class period. There is no cap on the number of products claimed as long as you can provide valid proof.

All claims are subject to pro rata increase or reduction based on the number of valid claims received and the total settlement fund. No payments will be issued unless the Court grants final approval of the settlement.

## Is Proof Required to File a Claim?

No proof of purchase is required to file a claim, but without proof, claims are limited to 2 products per household. Proof of purchase (such as receipts) allows for a full refund per product without a cap, inclusive of all sales tax.

## How Do I File a Claim?

To receive a payment, you must submit a valid claim form online or by mail. If you submit your claim by mail, the letter must be postmarked by the deadline. The deadline to submit a claim form is **June 27, 2025.**

## Claim Form Website: [Settlement Website](#)

Submit Claim                                                    ⌄



## Filing Class Act

Please note that your claim form will be rejected if you submit a settlement claim for payout with any fraudulent information. By providing this information and your sworn statement of its veracity, you agree to do so under the penalty of perjury. You would also be harming others that actually qualify for the class action settlement. If you are not sure whether or not you qualify for this class action settlement, visit the class action administrator's website. OpenClassActions.com is a consumer advocacy and class action news site, and is not a class action administrator or a law firm. OpenClassActions is a participant in the Amazon affiliate advertising program and this post may contain affiliate links, which means we may earn a commission or fees if you make a purchase via those links.

For more class actions keep scrolling below.





### $203M Chicken Price Settlement
Deadline: July 31, 2025

Submit Claim



Deadline: Pending

Submit Claim



### $5.1M Ann Taylor & LOFT Outlets Settlement
Deadline: September 10, 2025

Submit Claim



### Kipling Fake Sales Settlement
Deadline: Sept 25, 2025

Payout: $10.00 Voucher

Submit Claim



### Free Range Eggs Settlement
Deadline: 08/22/25

Submit Claim



*Note: OpenClassActions.com is only a news site providing information and is not a class action administrator or a law firm. Class action claims are submitted under penalty of perjury – Do not submit fraudulent claims. OpenClassActions is a participant in the Amazon affiliate advertising program and this post may contain affiliate links, which means we may earn a commission or fees if you make a purchase via those links.*

**Law Firms**

**Privacy Policy**

**Home**

   

OCA OpenClassActions © 2025. All Rights Reserved

This site uses Google AdSense ad intent links. AdSense automatically generates these links and they may help creators earn money.

| From: | info@openclassactions.com |
|---|---|
| To: | Jonathan Shaffer |
| Cc: | Tim Perng |
| Subject: | Fwd: Last Day for Quaker Oats, PFAS Lawsuit Open to Claims, and Military Bases |
| Date: | Wednesday, July 9, 2025 2:56:27 PM |

**[EXTERNAL]**

Hi Jonathan,

Here is the email blast that went out to Quaker Oats - Please let me know if you have any questions or feedback.

Kindly,

Steve
CEO - OpenClassActions.com


-------- Original Message --------



Open Class Actions

## Last Day TODAY: Quaker Oats $6.75M Food Recall Class Action Settlement

**Payout: Refund + 10%**   **Deadline: June 27, 2025**

Class Action Settlement

## Quaker Oats $6.75M Class Action Lawsuit

If you purchased certain Quaker, Cap'n Crunch, Gatorade, Frito-Lay, Gamesa, or Munchies branded food products in the U.S.

on or before March 13, 2025, you could be eligible to receive a payment per eligible product, including a refund of the purchase price plus 10%, from a $6.75 million class action settlement.

---

## How Do I Qualify For a Payout?

To potentially qualify for a payout, you must have purchased one or more of the Quaker Covered Products included in the class action settlement for personal use and not for resale, on or before March 13, 2025. The brands included in the class action settlement are:

• Quaker
• Cap'n Crunch
• Gatorade
• Frito-Lay
• Gamesa

• [Munchies](#)

---

## How Much Can I Get?

Settlement class members who file a valid claim may receive the following benefits:

All claims are subject to pro rata increase or reduction based on the number of valid claims received and the total settlement fund. No payments will be issued unless the Court grants final approval of the settlement.

• **With Valid Proof of Purchase:** Full purchase price (including tax) for each Covered Product purchased during the class period. There is no cap on the number of products claimed as long as you can provide valid proof.
• **Without Valid Proof of Purchase:** A cash payout for the average retail price per Covered Product purchased, for up to 2 products per household, plus an additional 10% to cover sales tax.

---

## How do I File a Claim?

To receive a payment, you must submit a valid claim form online or by mail. If you submit your claim by mail, the letter must be postmarked by the deadline. The deadline for filing is **June 27, 2025**.

**Submit Claim**

---

## [PFAS Water Contamination Lawsuit - Open to Claims](#)

Chemists testing water for PFAS

## PFAS Water Contamination Lawsuit: See If You Qualify for Compensation

Were you or a loved one exposed to PFAS through contaminated water? If you were diagnosed with **kidney cancer, testicular cancer, liver cancer, or ulcerative colitis** after 1999 and drank from a PFAS contaminated water supply for 6 consecutive months or more after January 1, 1990, you might qualify for **significant financial compensation**.

If qualified, get an immediate free phone consultation.

**Do I Qualify?**

### What Are PFAS?

PFAS (per- and polyfluoroalkyl substances), known as "forever chemicals," are used in everything from Teflon cookware, cosmetics, and even clothing. PFAS are known to contaminate public drinking water supplies and can persist for hundreds of years in the environment, posing serious health risks such as cancer.

**Accepted Diagnosis for This Lawsuit:**

- Kidney cancer
- Liver cancer
- Testicular cancer
- Ulcerative colitis

**The Hidden Dangers of PFAS**

PFAS have been linked to cancer, immune system disorders, reproductive issues, liver damage, and developmental delays. They are found in water, food, and household products.

**How to Protect Yourself**

- Choose PFAS-free products
- Dispose of non-stick and stain-resistant items properly
- Test your drinking water
- Do not boil contaminated water

**PFAS Litigation: Fighting for Justice**

Major manufacturers like 3M, DuPont, and Chemours are facing lawsuits and have agreed to multi-billion dollar settlements to help affected communities. Class action lawsuits are ongoing for individuals harmed by PFAS exposure.

**Take Action Now**

If you or a loved one has been diagnosed with a qualifying condition after PFAS exposure, **you may be entitled to compensation**. Fill out the quick qualification form and get a free claim review.

**Submit Claim**

## **Did you live or work near a Military, Naval or Army base?**

Chemists testing water for PFAS



### Attention: Did you live or work near a Military, Naval or Army base?

If you live or work at or near a military, naval or army base you may have been exposed to PFAS through water contamination.

Hundreds of military sites have now been found to have PFAS contamination in their drinking water or groundwater, typically from the use of firefoam, which is commonly used as fire suppressant in fire extinguishers. If you or a loved one were diagnosed with cancer after being exposed to PFAS through Firefoam (AFFF), you may qualify for Significant Financial Compensation! You may qualify for significant compensation if you are within one mile of a military base listed here.

If qualified, get an immediate free phone consultation.

**Do I Qualify?**

**What Are PFAS?**

PFAS (per- and polyfluoroalkyl substances), known as "forever chemicals," are used in everything from Teflon cookware, cosmetics, and even clothing. PFAS are known to contaminate drinking water supplies and can persist for hundreds of years in the environment, posing serious health risks such as cancer.

**Accepted Diagnoses for This Lawsuit:**

- Kidney cancer
- Liver cancer
- Testicular cancer
- Thyroid cancer
- Ulcerative colitis
- Thyroid disease other than Grave's disease

**The Hidden Dangers of PFAS**

PFAS have been linked to cancer, immune system disorders, reproductive issues, liver damage, and developmental delays. They are found in water, food, and household products.

---

**I'm Worried I Was Affected - What Should I Do Next?**

**Gather Evidence:** This may include medical records, product labels, receipts, photos, and testimonies from experts and witnesses. Your lawyer can help you collect and organize the evidence and determine the best way to present it.

**File a Claim:** To get potential compensation you can file a claim against the responsible parties, such as the manufacturers, distributors, or retailers of these products. Your lawyer can help you draft and submit the necessary documents and comply with the deadlines and procedures of the court.

Depending on the jurisdiction and the number of plaintiffs involved, your claim may be filed as an individual lawsuit or as part of a class action or multidistrict litigation (MDL). Your lawyer can help you negotiate a fair

and reasonable settlement that may cover your medical expenses, lost wages, pain and suffering, and other damages.

**Submit Claim**

Our mailing address is:

402 Union St. #673
Hudson, New York 12534
United States

You are receiving this mail because you signed up to receive the open class action newsletter on OpenClassActions.com. Don't like these emails?    Unsubscribe Here

Interested in Finding Deals? Find Them Here

Attorney Advertising. The information on this website is for general information and may include attorney advertising. No attorney-client relationship between reader and any linked law firms is created by submitting any forms contained in links. Upon submitting the form, you agree that a representative from the above linked law firms may contact you. OpenClassActions is a participant in the Amazon affiliate advertising program and this post may contain other affiliate links, which means we may earn a commission or fees if you make a purchase via those links. © 2025 All Rights Reserved

Exhibit F

















Exhibit G

Sponsored

If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

If you purchased a **Quaker Covered Product** in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

Learn More

FOODRECALLSETTLEMENT.COM
**Quaker Covered Products Settlement**
Click here for more information

Learn more

**Angelon Group**
Sponsored · 🌐

If you bought select Quaker snacks, cereals, or bars, you may claim in the class action settlement. Deadline approaching fast!



If you purchased a
**Quaker Covered Product**
in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

Learn More

FOODRECALLSETTLEMENT.COM
**Quaker Product Buyer? You Could Get Paid**
File Your Claim Today

Learn more

Sponsored

If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.



If you purchased a **Quaker Covered Product** in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

Learn More

FOODRECALLSETTLEMENT.COM
**Quaker Covered Products Settlement**
Click here for more information.

Learn more

**Angelon Group**

Sponsored · 

If you bought select Quaker snacks, cereals, or bars, you may claim in the class action settlement. Deadline approaching fast!



If you purchased a **Quaker Covered Product** in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**Learn More**

FOODRECALLSETTLEMENT.COM

**Quaker Product Buyer? You Could Get Paid**
File Your Claim Today

**Learn more**

**angelon_group**
Sponsored



If you purchased a **Quaker Covered Product** in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**Learn More**

Learn more                                                          ❯

                                      

angelon_group If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**angeion_group**
Sponsored



If you purchased a **Quaker Covered Product** in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**Learn More**

Learn more






angeion_group If you bought select Quaker snacks, cereals, or bars, you may claim in the class action settlement. Deadline approaching fast!

**angeion_group**
Sponsored



If you purchased a **Quaker Covered Product** in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**Learn More**

Learn more >

   

angeion_group If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

angeion_group
Sponsored



If you purchased a **Quaker Covered Product** in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

**Learn More**

Learn more  ›

   

angeion_group If you bought select Quaker snacks, cereals, or bars, you may claim in the class action settlement. Deadline approaching fast!

Exhibit H

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

## If you purchased a Quaker Covered Product in the U.S. for personal, family, or household use, and not for resale, you may be part of a class action settlement.

*This is a Court-authorized Notice. You are not being sued. This is not a solicitation from a lawyer.*

- Please read this notice carefully, which has been approved by the United States District Court for the Southern District of New York. Whether you act or not, your legal rights as a member of the Settlement Class are affected by the Settlement.

- A settlement has been reached in a class action lawsuit against The Quaker Oats Company ("Quaker" or "Defendant"), alleging deceptive marketing and labeling practices in connection with Quaker's voluntary recall of certain food products that had the potential to be contaminated with Salmonella, initiated on December 15, 2023 and expanded on January 11, 2024 (the "Recall"). The action is captioned *Kessler v. The Quaker Oats Company,* No. 7:24-cv-00526 (S.D.N.Y.) (the "Litigation").

- Quaker denies all the Named Plaintiffs' allegations and all charges of wrongdoing or liability against it arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged against it, in the Litigation. Quaker stands behind the safety of its products and the accuracy of its marketing and product labeling. The Named Plaintiffs and the Defendant agree that the Settlement Agreement is fair, reasonable, and adequate, and is in the best interest of the Settlement Class considering all known facts and circumstances, including the risk of significant delay and uncertainty associated with litigation.

- You are included in the Settlement Class if you purchased any of the Quaker Covered Products subject to the Recall, as identified at: **www.FoodRecallSettlement.com**, in the United States, between the earliest date of distribution of any Covered Product and March 13, 2025, for personal, family or household use and not for resale.

- Under the Settlement, Defendant will establish a Settlement Fund of $6,750,000.00, for payments to Plaintiffs and members of the Settlement Class, Service Awards, costs for notice and administration, and court-awarded Attorneys' Fees and Attorneys' Costs.

- Your legal rights will be affected whether you act or do not act.  <u>You should read this entire Notice carefully.</u>

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM**<br><br>**DEADLINE: JUNE 27, 2025** | Submitting a Claim Form is the only way that you can receive any of the benefits provided by this Settlement. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT**<br><br>**DEADLINE: JUNE 27, 2025** | This is the only option that allows you to sue, continue to sue, or be part of another lawsuit against Quaker or the other Released Parties, involving the claims this Settlement resolves. If you exclude yourself, you will give up the right to receive any Settlement benefits from this Settlement. |
| **OBJECT TO OR COMMENT ON THE SETTLEMENT**<br><br>**DEADLINE: JUNE 27, 2025** | You may object to the Settlement by writing to the Court and informing it why you do not think the Settlement should be approved.<br><br>If you object, you may also file a Claim Form to receive Settlement benefits. If you exclude yourself from the Settlement, you cannot object to the Settlement. |
| **GO TO THE FINAL APPROVAL HEARING**<br><br>**AUGUST 4, 2025** | You may attend the Final Approval Hearing where the Court may hear arguments concerning approval of the Settlement. If you wish to speak at the Final Approval Hearing, you must make a request to do so in your written objection or comment. You are <u>not</u> required to attend the Final Approval Hearing. |
| **DO NOTHING** | If you do nothing, you will not receive any payment from the Settlement and you will give up your right to sue Quaker or the Released Parties about the legal claims this Settlement resolves. |

Questions? Visit **www.FoodRecallSettlement.com** or call toll-free 1-877-688-4026

1

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court in charge of this case still has to decide whether to approve the Settlement. No Settlement payments will be provided unless the Court approves the Settlement, and it becomes final.

## BASIC INFORMATION ABOUT THE SETTLEMENT

| 1. | Why was this notice issued? |
|---|---|

The Court authorized this notice because you have the right to know about the proposed Settlement of this class action lawsuit and about all of your rights and options before the Court decides whether to grant final approval of the Settlement. This Notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for the benefits, and how to receive those benefits.

The case is known as *Kessler v. The Quaker Oats Company,* No. 7:24-cv-00526 (S.D.N.Y.). The individuals who filed this lawsuit, **Teresa Herendeen**, **Raymond Kessler**, **Hartence Hill**, **Lazaro Rodriguez**, and **Barbara Abreu** are called the "Named Plaintiffs" or "Class Representatives" and the company that was sued, **The Quaker Oats Company** ("**Quaker**") is called the "Defendant." Judge Kenneth M. Karas of the U.S. District Court for the Southern District of New York is overseeing this class action.

| 2. | What is this lawsuit about? |
|---|---|

On December 15, 2023, and as expanded on January 11, 2024, in coordination with the United States Food and Drug Administration, Quaker initiated a voluntary recall of certain food products that it had determined had the potential to be contaminated with Salmonella (the "Recall"). In connection with the Recall, Quaker offered reimbursement to affected consumers (the "Recall Reimbursement").

After the Recall, the Named Plaintiffs brought several class action lawsuits against Quaker alleging deceptive marketing and labeling practices. Those lawsuits have been consolidated in the case captioned: *Kessler v. The Quaker Oats Company*, No. 7:24-cv-00526 (S.D.N.Y.). Quaker denies all of the Named Plaintiffs' allegations and all charges of wrongdoing or liability against it arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged against it, in the Litigation.

| 3. | What is a class action lawsuit? |
|---|---|

In a class action, one or more people called Named Plaintiffs or Class Representatives sue on behalf of all people who have similar claims. Together, these people are called a "Class" or "Settlement Class Members." One court resolves the issues for all Settlement Class Members, except for those people who exclude themselves from the Settlement Class.

| 4. | Why is there a Settlement? |
|---|---|

The Named Plaintiffs and the Defendant disagree over the legal claims alleged in this Litigation. The Litigation has not gone to trial, and the Court has not decided in favor of the Named Plaintiffs or Defendant (collectively referred to as the "Parties"). Instead, the Parties agree that the Settlement is fair, reasonable, and adequate, and is in the best interest of the Settlement Class in light of all known facts and circumstances, including the risk of significant delay and uncertainty associated with litigation.

## WHO IS INCLUDED IN THE SETTLEMENT?

| 5. | How do I know if I am part of the Settlement? |
|---|---|

The **Settlement Class** includes all natural persons who, between the earliest date of distribution of any **Covered Product** and the date of Preliminary Approval, purchased in the United States any Covered Product for personal, family or household use, and not resale, except for any *Excluded Persons*.

Excluded Persons include (1) any judge presiding over the Litigation, their staff and their immediate family members; (2) Defendant; (3) any entity in which a Defendant has a controlling interest; (4) any of Defendant's subsidiaries, parents, affiliates, and officers, directors, employees, legal representatives, heirs, successors, or assigns; and (5) any persons who timely exclude themselves from the Settlement Class.

| 6. | What if I am still not sure whether I am part of the Settlement? |
|---|---|

If you did not receive Notice by email, or if you have any questions as to whether you are a Settlement Class Member, you may contact the Claim Administrator by mail: Claim Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103; or email: **Info@FoodRecallSettlement.com.**

| 7. | What are the Covered Products? |
|---|---|

Covered Products include any product subject to the Recall, as identified in Exhibit D to the Settlement Agreement and at: **www.FoodRecallSettlement.com**, including but not limited to:

- Quaker Big Chewy Bars Chocolate Chip
- Quaker Big Chewy Bars Peanut Butter Chocolate Chip
- Quaker Big Chewy Bars Variety Pack
- Quaker Chewy Bars and Dipps Variety Pack
- Quaker Chewy Bars Chocolate Chip
- Quaker Chewy Bars Chocolate Chip Cookie Dough
- Quaker Chewy Bars Chocolate Chip Holiday Minis
- Quaker Chewy Bars Chocolate Chip Halloween Minis
- Quaker Chewy Bars Chocolate Chip Spring Minis
- Quaker Chewy Bars Chocolate Chip Valentine Minis
- Quaker Chewy Bars Dark Chocolate Chunk
- Quaker Chewy Bars Chocolate Chunk
- Quaker Chewy Bars Less Sugar Chocolate Chip
- Quaker Chewy Bars Less Sugar Cookies & Cream
- Quaker Chewy Bars Less Sugar Peanut Butter Chocolate Chip
- Quaker Chewy Bars Less Sugar Variety
- Quaker Chewy Bars Oatmeal Raisin
- Quaker Chewy Bars Peanut Butter Chocolate Chip
- Quaker Chewy Bars S'mores
- Quaker Chewy Bars Variety Pack
- Quaker Chewy Dipps Chocolate Chip
- Quaker Chewy Dipps Peanut Butter
- Quaker Chewy Dipps Variety Pack
- Quaker Chewy Mini Dipps Birthday Blast
- Quaker Chewy Dipps Llama Rama
- Quaker Chewy Mini Dipps Summer Night S'mores
- Quaker Puffed Granola Apple Cinnamon Cereal
- Quaker Puffed Granola Blueberry Vanilla Cereal
- Quaker Simply Granola Oats, Honey & Almonds Cereal (2PK)
- Quaker Simply Granola Oats, Honey & Almonds Cereal
- Quaker Simply Granola Oats, Honey, Raisins & Almonds Cereal
- Quaker Simply Granola Oats, Honey, Raisins & Almonds Cereal (2PK)
- Quaker Simply Granola Oats, Honey, Raisins & Almonds Cereal (69oz)
- Quaker Protein Granola Oats, Chocolate & Almonds Flavor
- Quaker Chocolatey Favorites Snack Mix
- Quaker On The Go Snack Mix
- Gamesa Marias Cereal
- Munchies Snack Mix (Munch Mix)
- Cap'n Crunch Instant Oatmeal
- Gatorade Protein Bar Peanut Butter Chocolate

- Frito-Lay Snacks Variety Pack with Quaker Chewy
- Frito-Lay Chips and Quaker Chewy Granola Bars Variety Pack
- Crunchy & Chewy Snacks, Frito-Lay Chips, Cookies, Nuts and Quaker Bars Variety Pack
- Lunch Box Mix, Frito Lay Chips, Cookies and Quaker Chewy Bars Variety Pack
- Frito-Lay Popped & Baked Chips with Cookies, Nuts and Quaker Chewy Bars Variety Pack
- Frito-Lay Snack Time Favorites with Baked, Smartfood, SunChips and Quaker Chewy Granola Bars Variety Pack
- Tasty Snacks, Frito-Lay Chips, Nuts, Cookies and Quaker Chewy Bars Variety Pack
- Ultimate Flavor Snack Care Package, Variety Assortment of Chips, Cookies, Crackers & More
- Quaker Chewy Granola Bars (Fruity Fun) Amazing Apple
- Quaker Chewy Granola Bars (Fruity Fun) Splendid Strawberry
- Quaker Chewy Granola Bars (Fruity Fun) Amazing Apple and Splendid Strawberry Variety Pack
- Quaker Chewy Granola Bars Yogurt Strawberry Flavor
- Quaker Chewy Granola Bars Yogurt Blueberry Flavor
- Quaker Chewy Granola Bars Yogurt Variety Packs
- Cap'n Crunch Treats Crunch Berries Cereal Bar
- Cap'n Crunch Treats Bars Variety Pack
- Cap'n Crunch Treats Peanut Butter Crunch Cereal Bar
- Cap'n Crunch Treats Original Crunch Cereal Bars
- Quaker Chewy Granola Breakfast Cereal Chocolate & Strawberry Variety Pack
- Quaker Chewy Granola Breakfast Cereal Chocolate
- Quaker Chewy Granola Breakfast Cereal Strawberry
- Quaker Oatmeal Squares Cinnamon
- Quaker Oatmeal Squares Brown Sugar
- Quaker Oatmeal Squares Honey Nut
- Quaker Oatmeal Squares Breakfast Cereal Variety Pack
- Cap'n Crunch OOPS! All Berries Cereal
- Cap'n Crunch Cinnamon Crunch Cereal
- Cap'n Crunch Sea Berry Crunch Cereal
- Cap'n Crunch Instant Oatmeal Variety Pack
- Cap'n Crunch OOPS! All Berries Instant Oatmeal

**Questions? Visit www.FoodRecallSettlement.com or call toll-free 1-877-688-4026**

3

## THE SETTLEMENT BENEFITS

| 8. | What does the Settlement provide? |
|---|---|

If approved by the Court, Defendant will establish a Settlement Fund of **$6,750,000.00**, for payments to Plaintiffs and members of the Settlement Class, Service Awards, costs for notice and administration, and court-awarded Attorneys' Fees and Attorneys' Costs.

- Settlement Class Members who timely submit a valid Claim Form **with Proof of Purchase** of a Covered Product shall receive the full purchase price for each unit of Covered Product listed on the Proof of Purchase, inclusive of all taxes.

- Settlement Class Members who timely submit a valid Claim Form **without Proof of Purchase** of a Covered Product shall receive the average retail price for up to two (2)  Covered Products claimed per Household, plus a 10% allowance for sales tax.

If a Settlement Class Member or any person in that Settlement Class Member's Household received Recall Reimbursement from Defendant, the amount of that Settlement Class Member's payment shall be reduced by the amount of Recall Reimbursement that Settlement Class Member or persons in that Settlement Class Member's Household have received.

Each Settlement Class Members' payment shall be increased or decreased on a *pro rata* basis such that the total amount paid to all Settlement Class Members equals the Available Settlement Funds.

| 9. | What rights am I giving up by remaining in the Settlement Class? |
|---|---|

Unless you exclude yourself, you are choosing to remain in the Settlement Class. If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. You and your respective heirs, executors, administrators, representatives, agents, partners, successors, and assigns ("Releasing Parties") will not be able to sue, continue to sue, or be part of any other lawsuit against Quaker or the Released Parties about the legal issues resolved by this Settlement, and released by the Settlement Agreement. The specific rights you are giving up are called Released Claims (*see* next question).

"Released Parties" means Defendant and each and all of its past, present and future direct and indirect affiliates, subsidiaries, divisions, parents, owners, predecessors, successors and assigns, and all other persons or entities under common control with Defendant, and each and all of their respective former, present and future officers, directors, shareholders, members, lenders, investors, partners, employees, agents, representatives, licensors, attorneys, accountants, insurers, and any suppliers, resellers, retailers, wholesalers, distributors, customers and all other persons or entities in the chain of distribution of the Covered Products, whether specifically named and whether or not participating in the settlement by payment or otherwise.

| 10. | What are the Released Claims? |
|---|---|

The Released Claims include: Any and all claims, liens, demands, actions, causes of action, rights, duties, obligations, damages, costs, attorneys' fees or liabilities of any kind or nature whatsoever, whether legal or equitable or otherwise, known or unknown, accrued or to accrue, vested or contingent, liquidated or otherwise, whether based in contract, tort, warranty, fraud, negligence, violation of federal or state statute or any other theory, that arise out of or relate to: (i) the allegations, claims, or contentions that were, or could have been, asserted in the Litigation, including but not limited to allegations, claims, or contentions related in any way to the manufacture, testing, labeling, marketing, sales, advertising, and use of the Covered Products with respect to the potential for contamination by Salmonella or any other bacteria or contaminant; and (ii) any alleged acts, omissions, or misrepresentations related in any way to the potential for Salmonella, or any other bacteria or contaminant, with respect to the Covered Products.  The Released Claims exclude claims for bodily injury. More information is provided in the Settlement Agreement available at: **www.FoodRecallSettlement.com.**

Questions? Visit www.FoodRecallSettlement.com or call toll-free 1-877-688-4026

4

## HOW TO GET SETTLEMENT BENEFITS—SUBMITTING A CLAIM FORM

| 11. | How do I make a claim for Settlement benefits? |
|---|---|

You must complete and submit a Claim Form by **June 27, 2025**. Claim Forms may be submitted online at **www.FoodRecallSettlement.com** or downloaded from the Settlement Website and mailed to the Claim Administrator at the address on the form. Claim Forms are also available by calling **1-877-688-4026** or by writing to the Claim Administrator via mail: Claim Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103; or email: Info@FoodRecallSettlement.com.

| 12. | What happens if my contact information changes after I submit a claim? |
|---|---|

If your contact or payment information changes after you submit a Claim Form, it is your responsibility to provide your updated information to the Claim Administrator in writing via mail or email.

| 13. | When will the Settlement benefits be issued? |
|---|---|

Payments for valid and timely Claim Forms that are approved will be issued by the Claim Administrator after the Settlement is approved and becomes Final. Payments will be issued via the payment method selected on the Claim Form.

The Court will hold a hearing on **August 4th, 2025** at **10:00AM**, to decide whether to approve the Settlement. The Court may move the Final Approval Hearing to a different date or time without providing further Notice to the Settlement Class. The date and time of the Final Approval Hearing can be confirmed at **www.FoodRecallSettlement.com**. If the Settlement is approved, there may be appeals. The appeal process can take time. If there is no appeal, your payment will be processed promptly.

We do not know how long it may take the Court to approve the Settlement as final, and whether any appeals will be filed. Please be patient and check **www.FoodRecallSettlement.com** for updates.

## THE LAWYERS REPRESENTING YOU

| 14. | Do I have a lawyer in this case? |
|---|---|

Yes, The Court has appointed these law firms to represent the Settlement Class: Sultzer & Lipari, PLLC; Levin, Sedran, & Berman LLP; Poulin Willey Anastopoulo; Bursor & Fisher, P.A.; Milberg, Coleman, Bryson, Phillips, Grossman, PLLC; Reese LLP; Leeds Brown Law, P.C.; and Goldenberg Schneider, L.P.A.

These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense. Teresa Herendeen, Raymond Kessler, Hartence Hill, Lazaro Rodriguez, and Barbara Abreu are Settlement Class Members like you and the Court appointed them as Class Representatives.

| 15. | How will Settlement Class Counsel be paid? |
|---|---|

Class Counsel may apply to the Court for an award of an Attorneys' Fees and Expense Payment in a total amount not to exceed one-third of the Settlement Fund, in the aggregate.  In no event shall Defendant be liable for any attorneys' fees or expenses in excess of that amount.

Class Representatives may additionally apply to the Court for a Service Award not to exceed $500.00 each as compensation for (a) the time and effort undertaken in and risks of pursuing this Litigation, including the risk of liability for the Parties' costs of suit, and (b) the additional release set forth in Paragraph 8.2. of the Settlement Agreement.

Any award of Attorneys' Fees and Expense Payment or Service Awards approved by the Court will be paid out of the Settlement Fund.

Questions? Visit www.FoodRecallSettlement.com or call toll-free 1-877-688-4026

5

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you are a Settlement Class Member and want to keep any right you may have to sue or continue to sue the Defendant and/or the other Released Parties on your own based on the claims raised in this Litigation or released by the Released Claims, then you must take steps to get out of the Settlement. This is called excluding yourself from—or "opting out" of—the Settlement.

| 16. | How do I get out of the Settlement? |
|---|---|

In order to validly be excluded from the Settlement, Settlement Class Members must submit a request to be excluded online via the Settlement Website at **www.FoodRecallSettlement.com** no later than **June 27, 2025**. Settlement Class Members can alternatively send a letter or a completed Exclusion Request Form to the Claim Administrator, so it is mailed with a **postmark date no later than June 27, 2025** to: **Kessler v. The Quaker Oats Company Claim Administrator, Attn: Exclusion Requests, P.O. Box 58220, Philadelphia, PA 19102**. You can't exclude yourself via phone, fax, or email. The exclusion request must clearly state that the Settlement Class Member wants to be excluded from the Settlement ("Opt Out") in *Kessler v. The Quaker Oats Company*, No. 7:24-cv-00526, pending in the United States District Court for the Southern District of New York, and must include his or her full name, current address, personal signature, and the words "Request for Exclusion" or a comparable statement that the individual does not wish to participate in the Settlement at the top of the communication.

| 17. | If I exclude myself, can I still receive Settlement benefits? |
|---|---|

No. All persons who Opt Out cannot claim any money available from the Settlement and will not be bound by the terms of the Settlement Agreement or by any orders or judgments from the Court approving the Settlement.  All persons falling within the definition of the Settlement Class who do not Opt Out shall be bound by the terms of the Settlement Agreement and the Final Approval Order and Judgment.

| 18. | If I do not exclude myself, can I sue the Defendant for the same thing later? |
|---|---|

No. Unless you exclude yourself, you give up any right to sue or continue to sue the Defendant and the other Released Parties for the claims that this Settlement resolves. You must exclude yourself from this Litigation to start or continue with your own lawsuit or be part of any other lawsuit against the Defendant or any of the other Released Parties. If you have a pending lawsuit, speak to your lawyer in that case immediately.

## OBJECT TO OR COMMENT ON THE SETTLEMENT

| 19. | How do I tell the Court that I do not like the Settlement? |
|---|---|

If you are a member of the Settlement Class and you do not exclude yourself, you can object to the Settlement if you don't like any part of it. You cannot ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. You can also object to Class Counsel's request for attorneys' fees and expenses and/or to the service award for the Class Representatives. The Court will consider your views.

Your objection and supporting papers must be in writing and must include: a caption or title that identifies it as "Objection to Class settlement in Kessler, et al. v. The Quaker Oats Company, No. 7:24-cv-00526"; information sufficient to identify and contact you or your attorney if represented; information sufficient to establish your standing as a Settlement Class Member; a clear and concise statement of your objection, as well as any facts and law supporting the objection; your signature; and the signature of your counsel, if any.

Failure to include documents or testimony sufficient to establish membership in the Settlement Class shall be grounds for overruling and/or striking the objection on grounds that the objector lacks standing to make the objection.

If any Settlement Class Member wishes to object to the Settlement, the Settlement Class Member must electronically file via the Court's ECF system or deliver to the Clerk of the Court by mail, express mail, or personal delivery, a written notice of objection. To be timely, the objection must be *received by* the Clerk of the Court (not just postmarked or sent) prior to **June 27, 2025**.

<div align="center">

White Plains Courthouse Clerk's Office
300 Quarropas Street
White Plains, NY 10601-4150

</div>

Questions? Visit **www.FoodRecallSettlement.com** or call toll-free 1-877-688-4026

6

| 20. | What is the difference between objecting and requesting exclusion? |
|---|---|

Objecting is telling the Court you do not like something about the Settlement. You can object only if you stay in the Class (that is, do not exclude yourself). Requesting exclusion is telling the Court you do not want to be part of the Class or the Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer affects you.

## THE FINAL APPROVAL HEARING

| 21. | When and where will the Court decide whether to approve the Settlement? |
|---|---|

The Court will hold a Final Approval Hearing on **August 4, 2025 at 10:00AM** via teleconference.

The date and time of the Final Approval Hearing, as well as whether the hearing will be conducted in person or by remote access, is subject to change without further notice to the Settlement Class, so please monitor the Settlement Website to confirm whether the date for the Final Approval Hearing has changed.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and will decide whether to approve the Settlement, Class Counsel's application for Attorneys' Fees and Expense Payment, and the Service Awards to the Named Plaintiffs. If there are objections, the Court will consider them. The Court will also listen to people who have asked to speak at the hearing.

| 22. | Do I have to come to the Final Approval Hearing? |
|---|---|

No. Settlement Class Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as your written objection is complete and submitted on time, the Court will consider it.

| 23. | May I speak at the Final Approval Hearing? |
|---|---|

Yes. If you wish to attend and speak at the Final Approval Hearing, you must indicate this in your written objection (*see* Question 19). Your objection must state that it is your intention to appear at the Final Approval Hearing and must identify any witnesses you may call to testify or exhibits you intend to introduce into evidence at the Final Approval Hearing. If you plan to have your attorney speak for you at the Final Approval Hearing, your objection must also include your attorney's name, address, and phone number.

## IF YOU DO NOTHING

| 24. | What happens if I do nothing at all? |
|---|---|

If you are a Settlement Class Member and you do nothing, you will not receive any Settlement benefits. You will also give up certain rights, including your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Defendant or any of the other Released Parties about the legal issues in this Litigation and released by the Settlement Agreement.

## GETTING MORE INFORMATION

| 25. | How do I get more information? |
|---|---|

This Notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at **www.FoodRecallSettlement.com**. If you have questions about the proposed Settlement or anything in this Notice, you may contact the Claim Administrator:

<div align="center">

Kessler v. The Quaker Oats Company
Claim Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: Info@FoodRecallSettlement.com
Toll-Free: 1-877-688-4026

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE
TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

**Questions? Visit www.FoodRecallSettlement.com or call toll-free 1-877-688-4026**

</div>

# Exhibit I

**SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or <u>postmarked by</u>: June 27, 2025**

**QUA-CLAIM**

## <u>GENERAL INSTRUCTIONS</u>

You are eligible to submit a Claim Form if you are a Settlement Class Member. By timely submitting a valid Claim Form, you will be included in the Settlement Class identified in the Notice and the Class Action Settlement Agreement and Release. If you also separately submit a Request for Exclusion (in other words, if you ask to "opt out" of the Settlement Class), this Claim Form will be deemed invalid. If you fail to submit your Claim Form by the deadline, your claim will be rejected, and you will be deemed to have waived all rights to receive a class benefit under the settlement.

To be valid, your Claim Form must be completely and accurately filled out, signed and dated, and must include all requested information. If your Claim Form is incomplete, untimely, illegible, not signed, or contains false information, it may be rejected by the Settlement Administrator.

The **Settlement Class** includes all natural persons who, between the earliest date of distribution of any Covered Product and March 13, 2025, purchased in the United States any **Covered Product** for personal, family or household use, and not resale, except for any **Excluded Persons**.

> **Excluded Persons** include (1) any judge presiding over the Litigation, their staff and their immediate family members; (2) The Quaker Oats Company ("Defendant"); (3) any entity in which a Defendant has a controlling interest; (4) any of Defendant's subsidiaries, parents, affiliates, and officers, directors, employees, legal representatives, heirs, successors, or assigns; and (5) any persons who timely exclude themselves from the Settlement Class in accordance with the procedures set forth in Section VI of this Agreement.

> **Covered Products** include any product that was subject to the recall initiated by Defendant on December 15, 2023 and expanded on January 11, 2024 (the "Recall"), as identified in Exhibit D to the Settlement Agreement and at **www.FoodRecallSettlement.com**, including but not limited to: Quaker Big Chewy Bars Chocolate Chip; Quaker Big Chewy Bars Peanut Butter Chocolate Chip; Quaker Big Chewy Bars Variety Pack; Quaker Chewy Bars and Dipps Variety Pack; Quaker Chewy Bars Chocolate Chip; Quaker Chewy Bars Chocolate Chip Cookie Dough; Quaker Chewy Bars Chocolate Chip Holiday Minis; Quaker Chewy Bars Chocolate Chip Halloween Minis; Quaker Chewy Bars Chocolate Chip Spring Minis; Quaker Chewy Bars Chocolate Chip Valentine Minis; Quaker Chewy Bars Dark Chocolate Chunk; Quaker Chewy Bars Chocolate Chunk; Quaker Chewy Bars Less Sugar Chocolate Chip; Quaker Chewy Bars Less Sugar Cookies & Cream; Quaker Chewy Bars Less Sugar Peanut Butter Chocolate Chip; Quaker Chewy Bars Less Sugar Variety; Quaker Chewy Bars Oatmeal Raisin; Quaker Chewy Bars Peanut Butter Chocolate Chip; Quaker Chewy Bars S'mores; Quaker Chewy Bars Variety Pack; Quaker Chewy Dipps Chocolate Chip; Quaker Chewy Dipps Peanut Butter; Quaker Chewy Dipps Variety Pack; Quaker Chewy Mini Dipps Birthday Blast; Quaker Chewy Dipps Llama Rama; Quaker Chewy Mini Dipps Summer Night S'mores; Quaker Puffed Granola Apple Cinnamon Cereal; Quaker Puffed Granola Blueberry Vanilla Cereal; Quaker Simply Granola Oats, Honey & Almonds Cereal (2PK); Quaker Simply Granola Oats, Honey & Almonds Cereal; Quaker Simply Granola Oats, Honey, Raisins & Almonds Cereal; Quaker Simply Granola Oats, Honey, Raisins & Almonds Cereal (2PK); Quaker Simply Granola Oats, Honey, Raisins &

Your claim must be
submitted online or
postmarked by:
June 27, 2025

*Kessler, et al. v. The Quaker Oats Company*
Case No. 7:24-cv-00526-KMK (S.D.N.Y.)

**SETTLEMENT CLAIM FORM**

QUA-CLAIM

Almonds Cereal (69oz); Quaker Protein Granola Oats, Chocolate & Almonds Flavor; Quaker Chocolatey Favorites Snack Mix; Quaker On The Go Snack Mix; Frito-Lay Snacks Variety Pack with Quaker Chewy; Frito-Lay Chips and Quaker Chewy Granola Bars Variety Pack; Crunchy & Chewy Snacks, Frito-Lay Chips, Cookies, Nuts and Quaker Bars Variety Pack; Lunch Box Mix, Frito Lay Chips, Cookies and Quaker Chewy Bars Variety Pack; Frito-Lay Popped & Baked Chips with Cookies, Nuts and Quaker Chewy Bars Variety Pack; Frito-Lay Snack Time Favorites with Baked, Smartfood, SunChips and Quaker Chewy Granola Bars Variety Pack; Tasty Snacks, Frito-Lay Chips, Nuts, Cookies and Quaker Chewy Bars Variety Pack; Ultimate Flavor Snack Care Package, Variety Assortment of Chips, Cookies, Crackers & More; Quaker Chewy Granola Bars (Fruity Fun) Amazing Apple; Quaker Chewy Granola Bars (Fruity Fun) Splendid Strawberry; Quaker Chewy Granola Bars (Fruity Fun) Amazing Apple and Splendid Strawberry Variety Pack; Quaker Chewy Granola Bars Yogurt Strawberry Flavor; Quaker Chewy Granola Bars Yogurt Blueberry Flavor; Quaker Chewy Granola Bars Yogurt Variety Packs; Cap'n Crunch Treats Crunch Berries Cereal Bar; Cap'n Crunch Treats Bars Variety Pack; Cap'n Crunch Treats Peanut Butter Crunch Cereal Bar; Cap'n Crunch Treats Original Crunch Cereal Bars; Quaker Chewy Granola Breakfast Cereal Chocolate & Strawberry Variety Pack; Quaker Chewy Granola Breakfast Cereal Chocolate; Quaker Chewy Granola Breakfast Cereal Strawberry; Quaker Oatmeal Squares Cinnamon; Quaker Oatmeal Squares Brown Sugar; Quaker Oatmeal Squares Honey Nut; Quaker Oatmeal Squares Breakfast Cereal Variety Pack; Cap'n Crunch OOPS! All Berries Cereal; Cap'n Crunch Cinnamon Crunch Cereal; Cap'n Crunch Sea Berry Crunch Cereal; Gamesa Marias Cereal; Cap'n Crunch Instant Oatmeal; Cap'n Crunch OOPS! All Berries Instant Oatmeal; Cap'n Crunch Instant Oatmeal Variety Pack; Gatorade Protein Bar Peanut Butter Chocolate; Munchies Snack Mix (Munch Mix).

**Please reference the detailed lists of products available on www.FoodRecallSettlement.com to ensure that the product for which you seek reimbursement was subject to the Recall.**

---

**SETTLEMENT CLASS MEMBER BENEFITS**

Cash benefits shall be paid to each Settlement Class Member who submits a Valid Claim in accordance with the following terms:

- Settlement Class Members who timely submit a valid Claim Form **with Proof of Purchase** of a Covered Product shall receive the full purchase price for each unit of Covered Product listed on the Proof of Purchase, inclusive of all taxes.

- Settlement Class Members who timely submit a valid Claim Form **without Proof of Purchase** of a Covered Product shall receive the average retail price for up to two (2) Covered Products claimed per **Household**, plus a 10% allowance for sales tax.

- If a Settlement Class Member or any person in that Settlement Class Member's Household received Recall Reimbursement from Defendant, regardless of whether such Recall Reimbursement was provided in the form of cash, check, gift card or coupon, as reflected on the Settlement Class

*Kessler, et al. v. The Quaker Oats Company*
Case No. 7:24-cv-00526-KMK (S.D.N.Y.)

**SETTLEMENT CLAIM FORM**

**QUA-CLAIM**

Member's Claim Form or in the records of Defendant, the amount of that Settlement Class Member's payment shall be reduced by the amount of Recall Reimbursement that Settlement Class Member or persons in that Settlement Class Member's Household have received (provided that the payment shall not be reduced below $0.00).

- Each Settlement Class Members' payment shall be increased or decreased on a *pro rata* basis such that the total amount paid to all Settlement Class Members equals the Available Settlement Funds.

**Proof of Purchase** means an itemized retail sales receipt or other document or photo (including, but not limited to, a credit card, retail store club or loyalty card record) showing, at a minimum, the purchase of a Covered Product (including a product name or SKU sufficient to identify the product purchased), the purchase price, and the date (month/year) and place of the purchase. In providing Proof of Purchase, you may redact balance information and any information regarding transactions other than your purchase of the Covered Product from your credit card or other statements.

**Household** means a single dwelling unit, no matter the number of natural persons residing therein.

## I.   CLAIMANT CONTACT INFORMATION

Provide your contact information below. It is your responsibility to notify the Claim Admininstrator of any changes to your contact information after the submission of your Claim Form.

|  |  |
|---|---|
|  |  |

**First Name**                                                **Last Name**

**Street Address**

**City**                                                **State**          **Zip Code**

**Email Address (required for online submission)**          **Phone Number  (optional)**

## II.   COVERED PRODUCT PURCHASE INFORMATION

☐   **Check this box if you are enclosing Proof of Purchase of a Covered Product**.
- Enter the number of Covered Products you are enclosing Proof of Purchase for: _____
- Did you or anyone in your Household receive any Recall Reimbursement (including in the form of cash, check, coupons or gift cards) for any of these Covered Products? (Y/N): _____
- If yes, provide the total amount of Recall Reimbursement you or anyone in your Household received in connection with these Covered Products: _____

<div style="border:1px solid black">
**Your claim must be submitted online or <u>postmarked by</u>: June 27, 2025**
</div>

*Kessler, et al. v. The Quaker Oats Company*
Case No. 7:24-cv-00526-KMK (S.D.N.Y.)

**SETTLEMENT CLAIM FORM**

<div style="border:1px solid black">
**QUA-CLAIM**
</div>

☐  Check this box if you are claiming a cash benefit for a Covered Product for which you do <u>not</u> have Proof of Purchase.

**Complete the chart below providing information about the Covered Product(s) you purchased for which you do not have Proof of Purchase (maximum two Covered Products per Household):**

| COVERED PRODUCT PURCHASE INFORMATION | COVERED PRODUCT #1 | COVERED PRODUCT #2 |
|---|---|---|
| Name of Covered Product | | |
| Approximate Purchase Date (MM/YYYY) | | |
| Did you or anyone in your Household receive any Recall Reimbursement for this Covered Product? (Y/N) | | |
| If so, provide the amount of Recall Reimbursement you or anyone in your Household received for this Covered Product. | | |

## III.  PAYMENT SELECTION

If your Claim Form is valid, signed, and has been timely submitted, you will receive a payment by electronic deposit through a Prepaid Mastercard, Venmo, or Zelle below. Please select **<u>one</u>** of the following payment options:

☐  **Prepaid Mastercard**
   Enter the email address you want the Prepaid Mastercard sent to: _____

☐  **Venmo**
   Enter the mobile number associated with your Venmo account: _____

☐  **Zelle**
   Enter the email address or phone number associated with your Zelle account: _____

*Kessler, et al. v. The Quaker Oats Company*
Case No. 7:24-cv-00526-KMK (S.D.N.Y.)

**SETTLEMENT CLAIM FORM**

**QUA-CLAIM**

## IV.    CERTIFICATION & SIGNATURE

**By signing below and submitting this Claim Form, I certify under penalty of perjury under the laws of the United States that:**

- I am a natural person who, between the earliest date of distribution of any Covered Product and the date of Preliminary Approval, purchased in the United States the Covered Product(s) identified above for personal, family or household use, and not resale;
- The information provided in this Claim Form, including any Proof of Purchase documentation submitted in support of this Claim, is true and correct to the best of my knowledge;
- Nobody has submitted another Claim Form in connection with this Settlement on my behalf;
- Only one Claim Form has been submitted for my Household, which includes all persons residing at the same physical address; and
- Neither I nor any member of my Household has previously received a refund for any portion of the purchase price of the Covered Product(s) claimed above, with the exception of any Recall Reimbursement from Defendant, which I have identified above.
- I understand the Claim Administrator may contact me requesting additional information about my Claim and that failure to provide the requested information may result in the denial of my Claim.

**Signature: _____    Printed Name: _____    Date: _____**

---

### SUBMITTING YOUR CLAIM FORM

Claim Forms may be submitted online at **www.FoodRecallSettlement.com** by **June 27, 2025** or completed and mailed to: Kessler v. The Quaker Oats Company Claims Administrator, Attn: Claim Form Submissions, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 **postmarked no later than June 27, 2025**.

Please keep a copy of your Claim Form and any supporting materials you submit. Do not submit your only copy of the supporting documents. Materials submitted will not be returned. Copies of documentation submitted in support of your Claim should be clear and legible.

If you have any questions or if you would like to request a paper check, please contact the Claim Administrator by email at **Info@FoodRecallSettlement.com** or by mail at the address listed above.

DO NOT ADDRESS ANY QUESTIONS ABOUT THIS LAWSUIT TO THE CLERK OF THE COURT, THE JUDGE, COUNSEL FOR DEFENDANT, OR TO ANY AGENT OR EMPLOYEE OF DEFENDANT.

Exhibit J

<table>
<tr><td>

**Your request for exclusion must be <u>Postmarked by</u>:**

**<u>June 27, 2025</u>**

</td><td>

*Kessler, et al. v. The Quaker Oats Company*
Case No. 7:24-cv-00526
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**REQUEST FOR EXCLUSION**

</td><td>

QUA-EXCLUSION

</td></tr>
</table>

**Instructions**: Visit www.FoodRecallSettlement.com to submit your Exclusion Form online or complete and return this form to: Kessler v. The Quaker Oats Company Claim Administrator, Attn: Exclusion Requests, P.O. Box 58220, Philadelphia, PA 19102.

## I.  SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name, mailing address, telephone and email address.

|  |  |
|---|---|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

| | |
|---|---|
| **Email Address** | **Telephone Number** |

## II.  SIGNATURE

By signing below and submitting this Request for Exclusion form, I swear under penalty of perjury that I am a Class Member who purchased Quaker Covered Products subject to the Recall, as identified at: www.FoodRecallSettlement.com, in the United States, between the earliest date of distribution of any Covered Product and March 13, 2025, for personal, family or household use and not for resale.

I am requesting exclusion from the Settlement Class in Kessler v. The Quaker Oats Company, Case No. 7:24-cv-00526, pending in the United States District Court for the Southern District of New York. I understand that by submitting this form I am requesting exclusion from the Class, and I will not receive any money or benefits from the Settlement.

_____          _____          _____
Signature                                          Printed Name                                      Date

**QUESTIONS? VISIT WWW.FOODRECALLSETTLEMENT.COM OR CALL TOLL-FREE 1-877-688-4026**

Exhibit K



## Requests for Exclusion

## Kessler, et al. v. The Quaker Oats Company

## July 3, 2025

|    | First Name | Last Name | Method of Receipt |
|----|-----------|-----------|-------------------|
| 1  | AMER      | SEJ       | Online |
| 2  | ANGELINA  | LEE       | Online |
| 3  | WILLIAM   | MASON     | Online |
| 4  | BLAKE     | CRETACCI  | Online |
| 5  | BRIANNA   | LOVERIDGE | Online |
| 6  | ARLANA    | CRETACCI  | Online |
| 7  | JOSE      | SUCILLA   | Online |
| 8  | BARBARA   | DOODY     | Online |
| 9  | KARRIE    | IBARRA    | Online |
| 10 | OLIVER    | SAENGER   | Online |
| 11 | BRYCE     | SAMPLES   | Online |
| 12 | RENEE     | DAVIS     | Online |
| 13 | ANTONIO   | BLAKE     | Online |
| 14 | VICTORIA  | HALL      | Online |
| 15 | JANET     | GALVAN    | Mail |

Exhibit L



## Prepaid Mastercard® Fee Disclosure and FAQs

**DISCLOSURE**                          FAQ

| Monthly fee | Per Purchase | ATM Withdrawal | Cash Reload |
|---|---|---|---|
| **$0.00** | **$0.00** | **NA** | **NA** |

| | |
|---|---|
| ATM Balance Inquiry (in network or out-of-network) | NA |
| Customer service (automated or live agent) | $0.00 |
| Inactivity (after 12 months with no transactions) | $0.95 per month |

**We charge 3 other types of fees.** Here are some of them

| | |
|---|---|
| Foreign Transaction Fee | 2% |
| Card Replacement Fee, standard delivery | $6.95 |

No overdraft/credit feature.

Register your card for FDIC insurance eligibility and other protections.
For general information about prepaid accounts visit *cfpb.gov/prepaid*.
For details and conditions for all fees and services call **844-340-1929 (toll free in USA); 682-324-9995 (outside USA)** or visit **www.MyPrepaidCenter.com**.

Disbursements Prepaid Mastercard Virtual Card is issued by Pathward®, N.A., Member FDIC, pursuant to license by Mastercard International Incorporated. Card is serviced by Blackhawk Network.

Mastercard and the circles design are registered trademarks of Mastercard International

**CLOSE**