UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
**Raymond Kessler, Hartence Hill, Lazaro Rodriguez, Teresa Herendeen, and Barbara Abreu individually and on behalf of all others similarly situated,**

      **Plaintiffs,**

v.              Case No.: 7:24-cv-00526

**The Quaker Oats Company,**

      **Defendant.**

-----------------------------------------------------------x

# PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND SERVICE AWARD

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on August 4, 2025, in the Courtroom of the Kenneth M. Karas, United States District Court, Southern District of New York, Plaintiffs will and hereby do move the Court for an order approving and awarding attorneys' fees, litigation costs, and a service award.

By this motion, Plaintiffs seek:

1. $2,250,000.00 in Attorney's Fees and in Costs, and
2. $2,500 service awards for each of the Class Representatives.

This motion is made on the grounds that: (1) such fees are fair and reasonable in light of the efforts of Plaintiffs' counsel in obtaining the settlement herein; (2) the requested attorneys' fees comport with the applicable law; (3) the expenses for which reimbursement is sought were

reasonably and necessarily incurred in connection with the prosecution of this action; and (4) a reasonable payment to plaintiffs for their efforts on behalf of the Class is warranted and appropriate. This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the accompanying declarations of counsel, the pleadings and records on file herein, and upon such additional evidence or argument as may be accepted by the Court at or prior to the hearing.

Dated: July 14, 2025                                Respectfully submitted,

**SULTZER & LIPARI, PLLC**

By: */s/ Jason P. Sultzer*
Jason P. Sultzer, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

**REESE LLP**

Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

Nick Suciu III, Esq.
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301
Tel: (313) 303-3472
*nsuciu@milberg.com*

**POULIN WILLEY ANASTAPOULO**

Paul Doolittle
32 Ann St,
Charleston, SC 29403
Telephone: (800) 313-2546
Email: *pauld@akimlawfirm.com*

**LEVIN SEDRIN & BERMAN**
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, Pa. 19106
Telephone: (215) 592-1500
Email: cschaffer@lfsblaw.com

**BURSOR & FISHER, P.A.**
Joshua Arisohn
1330 A venue of the Americas, 32 Floor
New York, NY 10019
Telephone: 646-837-7103
*jarisohn@bursor.com*

**GOLDENBERG SCHNEIDER, L.P.A.**
Jeffrey S. Goldenberg
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: 513-345-8297
*jgoldenberg*@gs-legal.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
*jbrown@leedsbrownlaw.com*

*Attorneys for Plaintiffs and the Settlement Class*