**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————— x

RAYMOND KESSLER, HARTEN CE HILL,  :
LAZARO RODRIGUEZ, TERESA HERENDEEN, :
and BARBARA ABREU individually and on behalf :   Case No. 7:24-cv-00526-KMK
of all others similarly situated,                       :
                                                        :
              Plaintiff,                                :   Hon. Kenneth M. Karas
                                                        :
v.                                                      :
                                                        :
                                                        :
THE QUAKER OATS COMPANY,                                :
                                                        :
              Defendants.                               :
                                                        :
——————————————————— 

**DECLARATION OF NICK SUCIU, III IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARDS**

I, Nick Suciu III, hereby declare as follows:

1.      I am a Senior Partner in the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg"), attorneys for Plaintiffs Wayne Catalano, Karen Radford, Christy Deringer, Tomoko Nakanishi, Veronica Pereyra, Roberta Sinico, Barbara Speaks, and Edmond Dixon (collectively "Plaintiffs") in the above captioned case.[1]  I have personal knowledge of the matters set forth herein, based on my active participation in all material aspects of this litigation, including personal involvement in the negotiation of the Settlement.  If called upon, I could and would testify competently to the facts herein based upon my personal involvement in this case.  I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive

---

[1] Milberg represents Plaintiffs collectively with Sultzer & Lipari, PLLC, Reese LLP, Poulin Willey Anastapoulo, LLC, Levin Sedran & Berman LLP, Bursor & Fisher, P.A., Goldenberg Schneider, L.P.A., and Leeds Brown Law, P.C. ("Class Counsel").

Awards.

2.      The relevant background regarding the litigation and settlement, as well as the attorney's fees and costs incurred by the other firms representing Plaintiffs, is detailed in the accompanying declarations, specifically those of Charles E. Schaffer and Jason Sultzer. Accordingly, for the sake of brevity, I will not reiterate this background information here. However, suffice to say that the proposed Settlement would provide significant value, $6.75 million in immediate relief, to the Settlement Class.  Additionally, the Settlement provides modifications to Defendant's practices and procedures regarding bacterial contamination, and also expanded the Recall to include additional products that were potentially contaminated with Salmonella.  Accordingly, Milberg fully supports the proposed Settlement.[2]

## I.      MILBERG'S QUALIFICATIONS

3.      Milberg is one of the longest-tenured class action litigation firms in the country. The Firm brings to bear over five decades of experience prosecuting class action cases in both federal and state venues nationwide, recovering over $50 billion for the firm's clients.  Milberg is a pioneer in federal class action litigation and is widely recognized as a leader in defending the rights of victims of corporate wrongdoing, focusing on class action, mass tort, consumer, and arbitration services, both domestically and globally. Milberg is committed to practicing law in an ethical and professional manner, ensuring the best possible outcomes for our clients and the injured classes we represent.  Attached hereto as **Exhibit A** is the Firm Resume of Milberg.

4.      Our attorneys have immense experience representing parties against unlawful and fraudulent business practices, product mislabeling, and drug defect cases.  And our lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500,

---

[2] Capitalized terms have the same meaning as defined in the Settlement, ECF No. 12-1.

Chambers USA, and Super Lawyers, among others, and possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride themselves on providing stellar service and achieving extraordinary results for their clients.

## II.    APPROPRIATE SERVICE AWARDS FOR THE REPRESENTATIVES

5.    Plaintiffs are requesting that the Court approve a modest service award of $500 for each Plaintiff.  Based on my personal experience representing these Plaintiffs during the course of the litigation, I believe that each one is deserving of the requested award.

6.    Indeed, each Plaintiff has spent substantial amounts of time and energy assisting counsel in the prosecution of this action.  Plaintiffs provided counsel with vital assistance in gathering facts relevant to their and other Class Members' potential claims. Additionally, Plaintiffs reviewed the complaints, made themselves available for consultation during settlement negotiations, and generally kept themselves apprised on the status of the case.  This included phone conversations, electronic correspondence, and meetings with Counsel.

7.    It is my strong belief that the Settlement Class would not have obtained the outstanding results discussed above without the consistent, ethical, and vigorous efforts provided by Plaintiffs in this action.  At no small risk to themselves, Plaintiffs engaged themselves at the forefront of a class litigation not merely to obtain a monetary compensation, but—more importantly—to right a wrong and obtain a far greater remedy than the one to which they themselves were entitled.  The substantial remedy obtained by Plaintiffs accrues to the benefit of, at least, thousands of their fellow consumers.

## III.    MILBERG'S ATTORNEY FEES AND LITIGATION EXPENSES

8.    The information in this declaration regarding Milberg's time and expenses is taken from time and expense records and other supporting documentation prepared and/or maintained by Milberg in the ordinary course of business.  I am the attorney that oversaw much of the day-to-

day activities in the litigation at the firm.   For the purposes of this motion, I have reviewed Milberg's records (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration.

9.      As a result of this review, I believe that the time reflected in the firm's lodestar calculation as set forth in this declaration are reasonable in amount and were necessary for the effective prosecution and resolution of this litigation. The fees incurred were all of a type that would normally be charged to a fee-paying client in the private legal marketplace. Milberg's rates and hours for this case, as of July 2025, are as follows:

| Attorney/Staff | Rate | Hours | Amount |
|---|---|---|---|
| Nick Suciu (P) | $ 948.00 | 32.9 | $ 31,189.20 |
| Trenton Kashima (P) | $ 948.00 | 32 | $ 30,336.00 |
| Russell Busch (A) | $ 538.00 | 1.8 | $ 968.40 |
| Luis Cardona (A) | $ 581.00 | 0.5 | $ 290.50 |
| Tiffany Kuiper (Para) | $ 258.00 | 3.6 | $ 928.80 |
| Amber Brashear (Para) | $ 258.00 | 1.3 | $ 335.40 |
| Shannon Bishop (Para) | $ 258.00 | 0.1 | $ 25.80 |
| | | 72.20 | $ 64,074.10 |

The number of hours spent on this litigation by Milberg is 72.2. The professionals at Milberg have collectively spent a total of 67.2 hours of attorney time, and 4.9 staff hours of litigation support time to this litigation. The lodestar amount for attorney/professional time based on Milberg's current rates is $64,074.10.

10.     Declarations detailing the hours and billing rates for timekeepers from the other firms representing the class are being concurrently submitted herewith.  Here, the vast majority of attorney time was allotted to three tasks: initial investigations, drafting the complaint, and settlement negotiations (and related investigations and discovery).   More detailed billing information, including billing narratives, may be made available upon request by the Court.

11.    The billing rates for each of the attorneys included herein are the firm's customary billing rates charged for complex litigation, such as class actions. Such rates are also in keeping with the LSI-Adjusted Laffey Matrix, which provides the average billing in 2025 for: a paralegal is $258, a one to three year attorney is $473, a four to seven year attorney is $581, an eight-ten year attorney is $839, and an eleven to nineteen year attorney is $948. *See* http://www.laffeymatrix.com/see.html (last visited on Sept. 22, 2024); *see also Citizens for Resp. & Ethics in Washington v. United States Dep't of Just.,* 80 F. Supp. 3d 1, 3-4 (D.D.C. 2015) (adopting the LSI-Adjusted Laffey Matrix as the prevailing market rates for attorneys). Counsel's hourly rates are in keeping with the rates currently charged by firms which practice within this District, for complex litigation, based on years of experience. *See Vista Outdoor, Inc. v. Reeves Family Tr.,* No. 16 Civ. 5766, 2018 U.S. Dist. LEXIS 102224, at *36 (S.D.N.Y. May 24, 2018) (finding reasonable hourly partner rates between $1,165 and $1,260 and hourly associate rates between $569.02 and $753.42)

12.    I am a Senior Partner at Milberg with over a decade of experience in FDCA compliance and class action litigation. I am based out of our firm's Detroit office. Mr. Trenton Kashima is a Partner at Milberg with eleven years' experience in class action and appellate litigation. Mr. Kashima is based out of our San Diego office. Russell Busch and Luis Cardona are Associates at the firm with approximately six and five years of experience, respectively, prosecuting consumer cases and class actions. Each of these attorney's billing rates can be found in the chart above. More on these attorneys' qualifications can be found in Exhibit A.[3]  However,

---

[3] While the attorneys that worked on these cases are located outside the District, this is understandable in this action. *United States ex rel. Rai v. KS2 TX, P.C.,* No. 3:17-CV-834(JBA), 2019 WL 1397290, at *5 (D. Conn. Mar. 27, 2019). This case involved a consolidation of claims involving nationwide claims, and plaintiffs in several states. Accordingly, "given the breadth and complexity of this case, a reasonable, paying client would likely hire national counsel experienced in the type of investigation and litigation implicated here." *Id.*

below is a synopsis of my resume.

13.     I have extensive experience in both consumer class actions and the regulation of food, drugs, and cosmetics under the FDCA.  I began my legal career as in-house counsel for a company that owned other bodybuilding supplement companies and retail websites. With extensive experience with the dietary supplement industry, I have represented several such manufacturers and retailers, advising clients in the areas of FDA regulations, advertising, and marketing law.  More specifically, I worked several years representing dietary supplement distributors, manufacturers, and retailers, consulting these companies in Good Manufacturing Practices ("GMP"), labeling and marketing, and regulatory issues.

14.     However, in 2011, I started representing plaintiffs in class action lawsuits.  In the past twelve years, my legal practice has been focused on Consumer Products Class Actions, specifically, violations of the United States Food, Drug, and Cosmetic Act ("FDCA") and parallel state statutes. As lead counsel, I have helped form the landscape regarding preemption and standing in cases involving violations of the FDCA and parallel state statutes.

15.     Some of my notable cases include *Clay et al. v. Cytosport, Inc*., No. 3:15-cv-00165-L-AGS (S.D. Cal.) (a $12-million class-wide settlement after successfully moving for class certification); *Gregorio v. Premier Nutrition Corp*., No. 17-cv-05987-AT (S.D.N.Y) (a $9-million class-wide settlement); *Carter, et al. v. General Nutrition Centers, Inc., et al*., No. 2:16-cv-00633 (W.D. Pa) (a $5-million class-wide settlement); *Debernardis v. IQ Formulations, LLC*, 942 F.3d 1076, 1085 (11th Cir. 2019) (Finding plaintiffs had standing to sue a dietary supplement distributor and manufacturer that sold illegal dietary ingredients because they were illegal to sell and worthless to plaintiffs).

16.     Class Counsel initiated the lawsuit knowing that it would require significant time,

effort, and money to achieve a successful resolution of the matter. Collectively, Class Counsel has devoted substantial time and resources to this Action, are qualified to represent the Settlement Class, and will, along with the Class Representatives, continue to vigorously protect the interest of the Settlement Class.

17.     Class Counsel undertook this action on a contingent-fee basis, assuming significant risk that the action would yield no recovery and leave them uncompensated. From the outset of this action, Class Counsel has not been compensated for any time or expenses incurred. Given this is a complex class action, involving Plaintiffs from multiple states, Class Counsel assumed that pursuing this action would be costly and undertook the representation understanding the commitment required. Indeed, litigating this case would involve, at minimum, several additional years of time and effort, including producing additional discovery (both on Defendant, and third-party retailers), briefing class certification and dispositive motions, trial, and potential appeals. In would also involve additional expert expenses, which could reach over a half a million dollars at trial.

18.     Class Counsel understood we were embarking on a complex and expensive litigation with no guarantee of ever being compensated for the investment of time and money this case would require. In undertaking the responsibility of representing the class, Class Counsel was obliged to ensure that sufficient resources were dedicated to the prosecution of this litigation and that funds were available to compensate staff and to cover the considerable costs that such a case may require. With a potential lag time of several years for class cases to conclude, the financial burden on contingent-fee counsel is far greater than on a firm that is paid on an ongoing basis.

19.     Class Counsel diligently and efficiently prosecuted this litigation for over a year. Class Counsel did so also in the face of skilled, professional, and determined opposition from

Defendant and its capable counsel. These efforts required *inter alia* conducting informal discovery, initial expert testing, proceeding to mediation and negotiating the settlement on behalf of the Class.

20.     Further, our work on this litigation has not ended and will not end until the last settlement distribution payment is made to eligible Settlement Class Members after the Final Approval Order. We expect to expend additional hours going forward, which of course are not included in Class Counsel's lodestar, concerning the Settlement approval and administration processes, preparing for the Final Approval Hearing, and, if the Court grants final approval, overseeing Settlement administration.

21.     Class Counsel's lodestar calculation does not include the substantial work that the attorneys and support staff at Milberg must still perform before the litigation is complete, such as overseeing the settlement administration process, communicating with Settlement Class members, and responding to any associated objections and related appeals.  This work will further benefit the Settlement Class and could potentially last for years.  Under the Settlement Agreement, Class Counsel will not be compensated for this additional work.

22.     Class Counsel's lodestar calculation also does not include any time that will be expended analyzing and categorizing the time entries or preparation of this fee submission, drafting the final approval motion, responding to objections, or appearing at the final approval hearing.

## IV.  <u>LITIGATION EXPENSES</u>

23.     Milberg's expenses and charges in connection with the prosecution of the litigation are $200 for filing fees associated with *pro hac vice* applications.  The expenses pertaining to this case are reflected in the books and records of this firm. The expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

     Executed on July 14, 2025, in Bloomington Hills, MI.

                              */s/ Nick Suciu III*
                              Nick Suciu III

# EXHIBIT A





Milberg Coleman Bryson Phillips Grossman PLLC ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America. Combining decades of experience, Milberg was established through the merger of Milberg Phillips Grossman LLP, Sanders Phillips Grossman LLC, Greg Coleman Law PC, and Whitfield Bryson LLP.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

> *Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Chicago, Florida, Georgia, Illinois, Kentucky, Louisiana, Mississippi, New Jersey, New York, North Carolina, South Carolina, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands. Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, and Super Lawyers, among others.

**www.milberg.com**

# PRACTICE AREAS

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over five decades, Milberg has spearheaded litigation challenging unethical practices by some of the biggest financial and insurance institutions in the world and have been at the cutting edge of cases that directly impacted large banks, lenders, and insurers.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## INFORMATION TECHNOLOGY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients – both large and small – to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of former appellate judges, experienced appellate advocates, and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

# LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation
In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation
In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices &
Products Liability Litigation In re: Blackbaud Inc., Customer Data Breach Litigation
In re: Paragard IUD Products Liability Litigation
In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability
Litigation
In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation
In re: Allergan Biocell Textured Breast Implant Products Liability Litigation
In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation
In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation
In re: Ortho Evra Products Liability Litigation
In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products
Liability Litigation
In re: Kugel Mesh Hernia Patch Products Liability Litigation
In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation
In re: Stand 'N Seal Products Liability Litigation
In re: Chantix (Varenicline) Products Liability Litigation
In re: Fosamax (alendronate Sodium) Products Liability Litigation
In re: Benicar (Olmesartan) Products Liability Litigation
In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products
Liability Litigation
In re: Risperdal and Invega Product Liability Cases
In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation
In re: Incretin-based Therapies Product Liability Litigation
In re: Reglan/Metoclopromide
In re: Levaquin Products Liability Litigation
In re: Zimmer Nexgen Knee Implant Products Liability Litigation
In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation
In re: Propecia (Finasteride) Products Liability Litigation
In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability
Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re
Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American
Medical Systems, Pelvic Repair System Products Liability, and others)
In re: Fluoroquinolone Product Liability Litigation
In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation
In re: Recalled Abbott Infant Formula Products Liability Litigation
Home Depot, U.S.A., Inc. v. Jackson
Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

## $4 Billion Settlement
In re: Prudential Insurance Co. Sales Practice Litigation

## $3.2 Billion Settlement
In re: Tyco International Ltd., Securities Litigation

## $1.14 Billion Settlement
In re: Nortel Networks Corp. Securities Litigation

## $1 Billion-plus Trial Verdict
Vivendi Universal, S.A. Securities Litigation

## $1 Billion Settlement
NASDAQ Market-Makers Antitrust Litigation

## $1 Billion Settlement
W.R. Grace & Co.

## $1 Billion-plus Settlement
Merck & Co., Inc. Securities Litigation

## $775 Million Settlement
Washington Public Power Supply System Securities Litigation

## $586 Million Settlement
In re: Initial Public Offering Securities Litigation

# HIGHLIGHTED PRACTICE AREA:
# CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## EXEMPLAR CASES

### Cleveland v. Whirlpool Corp.
**U.S. District Court for the District of Minnesota**
Milberg attorneys led this class action involving leaking and defective washing machines. Milberg attorneys were pivotal in achieving a settlement valued at approximately $21 million, which included meaningful service plan benefits and reimbursement for out-of-pocket repair expenses.

### Berman et al. v. General Motors LLC
**U.S. District Court for the Southern District of Florida**
Milberg attorneys held leadership roles in this class action involving excessive oil consumption in Chevrolet and GMC vehicles. Milberg attorneys played a pivotal role in achieving a nationwide settlement valued at over $40 million, securing vehicle repairs and reimbursement for out-of-pocket repair costs.

### Chess v. Volkswagen Group of America, Inc.
**U.S. District Court for the Central District of California**
Milberg attorneys were named Co-Lead Counsel in this class action involving Volkswagen vehicles with defective transmissions. Milberg attorneys secured a settlement that included up to full reimbursement for out-of-pocket repair expenses and significant injunctive relief.

### Hamm v. Sharp Electronics Corporation
**U.S. District Court for the Southern District of Florida**
Milberg attorneys served as Co-Class Counsel in this class action involving defectively designed microwave drawers. Milberg attorneys were instrumental in achieving a settlement valued at more than $100 million, which included meaningful extended service plan benefits and reimbursement for out-of-pocket repair expenses.

### *In re: Allura Fiber Cement Siding Products Liability Litigation*
**U.S. District Court for the District of South Carolina**
Milberg attorneys were appointed Co-Lead Counsel and Steering Committee members by the court in this class action alleging defective fiber cement board siding. Milberg attorneys helped to secure a nationwide settlement for repair and replacement of homeowners' siding.

### *In re: MI Windows and Doors, Inc., Products Liability Litigation*
**U.S. District Court for the District of South Carolina**
Milberg attorneys served as Co-Lead Counsel in this multidistrict class action litigation and helped to secure a nationwide class settlement for homeowners who purchased defectively designed windows.

### *In re: Zurn Pex Plumbing Products Liability Litigation*
**U.S. District Court for the District of Minnesota**
Milberg attorneys served on the Executive Committee in this multidistrict class action involving leaking and defective plumbing systems. Milberg attorneys secured monetary benefits valued at $100,000 per class settlement member, and plumbing repairs in value up to $7,000 per class settlement member.

### *Hobbie, et al. v. RCR Holdings II, LLC, et al.*
**U.S. District Court for the District of Louisiana**
Milberg attorneys served as Co-Lead Counsel in a multidistrict class action alleging improper usage of toxic and defective Chinese drywall. Milberg attorneys played an important role in securing a $30 million settlement for remediation of 364-unit residential high-rise buildings constructed with the toxic drywall.

### *In re: Chinese Manufactured Drywall Products Liability Litigation*
**U.S. District Court for the Eastern District of Louisiana**
Milberg attorneys served on the Executive Committee in a multidistrict class action involving defective and toxic drywall.

### *In re: Synthetic Stucco Litigation*
**U.S. District Court for the Eastern District of North Carolina**
Milberg attorneys were appointed to the Steering Committee and played a pivotal role in securing settlements with four exterior insulation finishing system manufacturers for homeowners valued at over $50 million.

### *Bridget Smith v. Floor and Decor Outlets of America, Inc.*
**U.S. District Court for the Northern District of Georgia**
Milberg attorneys were appointed Co-Lead Counsel in this class action alleging undisclosed formaldehyde exposure from wood and laminate flooring. Milberg attorneys achieved a national class action settlement for homeowners who purchased unsafe laminate wood flooring.

### *In re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation*

**U.S. District Court for the Eastern District of Virginia**

Milberg attorneys were appointed Co-Lead Counsel in this class action alleging formaldehyde exposure and secured a $36 million national class action settlement for members who purchased a certain type of laminate flooring.

### *In re: Windsor Wood Clad Window Products Liability Litigation*

**U.S. District Court for the Eastern District of Wisconsin**

Milberg attorneys were appointed Lead Counsel in this class action alleging window defects. Milberg attorneys helped to secure a nationwide settlement for customers providing repairs, replacements, and compensation for out-of-pocket expenses.

### *Norman et al. v. Nissan North America*

**U.S. District Court for the Middle District of Tennessee**

Milberg attorneys were appointed Co-Lead Counsel in this class action alleging CVT transmission defects in Nissan vehicles. Milberg attorneys played a pivotal role in securing a nationwide settlement valued at approximately $17 million for repairs, replacements, extended warranty, and cash benefits.

### *In re: Horizon Organic Milk Plus DHA Omega-3 Marketing and Sales Practice Litigation*

**U.S. District Court for the Southern District of Florida**

Milberg attorneys were appointed Co-Lead Counsel in this class action alleging falsely advertised brain health benefits. Milberg attorneys were essential in securing a settlement valued at $1.3 million for consumers.

### *In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation*

**U.S. District Court for the Western District of Pennsylvania**

Milberg attorneys were appointed to leadership positions in this multidistrict class action involving All-Clad's false advertising that its stainless-steel cookware was dishwasher safe. Milberg attorneys secured a nationwide settlement valued at $4 million, including replacement products, monetary benefits, partial reimbursements for purchases of the defective products, and discounts on future product purchases.

### *Julian, et al., v. TTE Technology, Inc.*

**U.S. District Court for the Northern District of California**

Milberg attorneys were appointed Co-Lead Counsel in this litigation involving the false advertising of TCL televisions' refresh rates. Milberg attorneys played an important role in securing a class settlement valued at $2.5 million in cash benefits to class members.

### *Roberts et al. v. Electrolux Home Products Inc.*
**U.S. District Court for the Central District of California**
Milberg attorneys were named Co-Lead Counsel in this class action involving defective dryers manufactured by Electrolux. Milberg attorneys helped to obtain a settlement on behalf of more than one million class members, valued at over $35 million.

### *Koenig v. VIZIO, Inc.*
**Superior Court of Los Angeles County, California**
Milberg attorneys litigated this class action involving the false advertising of Vizio televisions' refresh rates. Milberg attorneys played a pivotal role, including briefing, discovery, and handling all trial responsibilities. The parties have agreed to a class settlement in principle, valued at over $40 million.

### *In re: Outer Banks Power Outage Litigation*
**U.S. District Court for the Eastern District of North Carolina**
Milberg attorneys served as Co-Lead Counsel and secured a $10.35 million settlement in a class action in which residents, businesses, and vacationers on Hatteras and Ocracoke Islands in North Carolina were impacted by a 9-day power outage.

### *Elliott et al v. KB Home North Carolina Inc.*
**North Carolina Superior Court**
In this class action involving homeowners who purchased homes that were improperly built without weather-resistant barriers, Milberg attorneys played an essential role in securing a settlement valued at approximately $6,500 to $17,000 for each class member.

### *In re: Allergan Biocell Textured Breast Implant Product Liability Litigation*
**U.S. District Court for the District of New Jersey**
Milberg attorneys were appointed to the Plaintiffs Steering Committee in this multidistrict class action against Allergan for breast implants that caused cancer. Milberg attorneys continue to play a pivotal role in this ongoing case.

### *In re: Evenflo Co., Inc. Marketing, Sales Practices and Products Liability Litigation*
**U.S. District Court for the District of Massachusetts**
Milberg attorneys were appointed Co-Lead Counsel in this multidistrict litigation against Evenflo for deceptively marketing its child booster seats.

### *Carder v. Graco Children's Safety products, Inc.*
**U.S. District Court for the Northern District of Georgia**
Milberg attorneys were appointed to multiple leadership positions in this class action involving the deceptive marketing of child car seats.

***Coleman, et al, v. Britax Child Safety, Inc.***
**U.S. District Court for the District of South Carolina**
Milberg attorneys were appointed Co-Lead Counsel in this class action involving the deceptive marketing of child car seats.

***In re: Seresto Flea and Tick Collar Marketing, Sales Practices And Products Liability Litigation***
**U.S. District Court for the Northern District of Illinois**
Milberg attorneys were appointed Co-Lead Counsel in this multidistrict class action against the manufacturers of Seresto flea and tick collars, which were linked to numerous pet deaths. The litigation is ongoing.

# PRACTICE ATTORNEYS

## Nick Suciu III
### Senior Partner

**Nick Suciu III** began his legal career as in-house counsel for a company that owned other bodybuilding supplement companies and retail websites. With extensive experience and knowledge regarding the dietary, bodybuilding, and sports supplement industries, Mr. Suciu has represented several such manufacturers and retailers, advising clients in the areas of FDA regulations, advertising, and marketing law.

In 2011, Mr. Suciu joined a firm that allowed him to use his supplement industry knowledge to represent plaintiffs in class action lawsuits. Only three years later, he founded Barbat, Mansour, Suciu & Tomina PLLC, a law firm exclusively focused on class action litigation. He has spent the past six years partnering with Greg Coleman and Dan Bryson of Milberg, working on numerous mislabeling class action cases. This partnership prompted Mr. Suciu to exclusively join Milberg's team.

As a long-time consumer of sports supplements, Mr. Suciu finds his personal experience and professional work necessary in protecting consumers from fraudulent practices of companies in the dietary and supplemental spaces. Some of his most notable case victories include:

- *Clay et al. v. Cytosport, Inc*., Case No. 3:15-cv-00165-L-AGS (S.D.C.A), a $12-million class-wide settlement
- *Gregorio v. Premier Nutrition Corp*., Case No. 17-cv-05987-AT (S.D.N.Y), a $9-million class-wide settlement
- *Carter, et al. v. General Nutrition Centers, Inc*., et al., Case No. 2:16-cv-00633 (W.D.P.A), a $5-million class-wide settlement

Both he and his wife enjoy fitness, allowing Mr. Suciu to stay grounded in the sports supplement world. Their son, Adam, provides a personalized workout for the family, keeping them highly active. Mr. Suciu and his family live in Bloomfield Hills, a suburb of Detroit, Michigan.

## Trenton Kashima
### Partner

**Mr. Trenton Kashima** brings over ten years of experience as a complex litigation lawyer to Milberg, representing consumers, employees, and businesses in complex actions. Mr. Kashima offers a specialized focus on consumer protection status and wage/hour matters.

As Partner, Mr. Kashima has recovered over $30 million on behalf of class members, managed practice groups, and trained attorneys and law school students. He has developed the practice procedures and curriculum necessary to successfully run a law firm or graduate-level course.

Among his notable cases:
- **Hansen, et al. v. Newegg.com Americas,** Inc., Case No. B271477 (Cal. App. 2018) – addressed UCL and FAL standing in a case involving false advertising of a product's former price (or the amount by which the product price had been reduced or discounted) before the California Court of Appeal. The resulting decision ensures that consumers who were deceived by false discounts can sue under California's consumer protection laws
- **Clay, et al. v. Cytosport, Inc**., 15-cv-00165 (Cal. SD 2015) – a class action concerning the mislabeling of protein supplements. Responsible for organizing the litigation efforts of three law firms. Conducted onsite document inspections and key depositions regarding scientific matters. Named Class.
- **Krinsk, et al. v. Monster Beverage Corp**., No. 37-2014-00020192 (Cal. Sup. 2014) – a food labeling case involving the mislabeling of "natural" beverages. Named Class Counsel and negotiated a class settlement on the eve of trial.
- **Hahn, et al. v. Massage Envy**, No. 3:12-cv-00153 (S.D. Cal. 2012) – a consumer class action involving the illegal forfeiture of prepaid massages that recovered 32 million dollars in relief for the Class. Responsive for the review, organization, and presentation of all evidence in the case. Involved in drafting Plaintiffs' Motion for Class Certification, Motion for Summary Adjudication, Trial Briefs, and Motion for Approval of Class Settlement.

In addition to practicing law, Mr. Kashima was an adjunct professor at the University of San Diego's School of Law. This position allowed him to hone the skills necessary to better educate clients regarding the legal process of their cases.

## RUSSELL BUSCH
### Senior Associate

**Mr. Russell Busch** is a Milberg Senior Associate with a passion for leveling the playing field for people who have been wronged by large corporations that would otherwise go unchecked. This allows him to bring not only his passion but experience and expertise in class action and mass tort to Milberg's team.

Mr. Busch began his legal career in 2018 with Wittles Law, a boutique plaintiff's class action firm in New York. There, he focused on labor law, employment discrimination, and consumer fraud.

After completing his law degree from the University of Michigan Law School in 2018, he passed the Illinois bar that same year. However, his pursuits didn't stop there; he passed the New York bar in 2020 and was admitted in 2021.

## LUIS CARDONA
### Associate

**Mr. Luis Cardona** is an Associate with Milberg who specializes in class action lawsuits.

Mr. Cardona began his legal career in 2016 as a law clerk in a firm specializing in foreclosure and bankruptcy practice. There, he represented creditors as an attorney in foreclosure, collection, and bankruptcy cases.

In 2020, Mr. Cardona oversaw whistleblower cases, working directly with clients and co-counsel, and evaluating a variety of potential Qui Tam lawsuits.

# LOCATIONS

## PUERTO RICO

**1311 Avenida Juan Ponce de León San Juan, Puerto Rico 00907**

### CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

402 West Broadway, Suite 1760
San Diego, California 92101

### FLORIDA
201 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134

3833 Central Avenue
St. Petersburg, Florida 33713

### ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

### LOUISIANA
5301 Canal Boulevard
New Orleans, Louisiana 70124

### MICHIGAN
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301

### NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

### NEW YORK
100 Garden City Plaza, Suite 500
Garden City, New York 11530

405 E 50th Street
New York, New York 10022

### NORTH CAROLINA
900 West Morgan Street
Raleigh, North Carolina 27603

5 West Hargett Street, Suite 812
Raleigh, North Carolina 27601

### SOUTH CAROLINA
825 Lowcountry Blvd, Suite 101
Mount Pleasant, South Carolina 29464

### TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

### WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

### WASHINGTON, D.C.
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

### NETHERLANDS

### UNITED KINGDOM

