**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
**Raymond Kessler, Hartence Hill, Lazaro**
**Rodriguez, Teresa Herendeen, and Barbara**
**Abreu individually and on behalf of all**
**others similarly situated,**

        **Plaintiffs,**

**v.**                              **Case No.: 7:24-cv-00526**

**The Quaker Oats Company,**

        **Defendant.**

----------------------------------------------------------x

## DECLARATION OF JEFFREY S. GOLDENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARDS

### I.  INTRODUCTION

I, Jeffrey S. Goldenberg, submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Litigation Costs, and Service Awards, and affirm that the following is truthful and accurate:

1.  I am a partner at Goldenberg Schneider, LPA, and I am one of the attorneys responsible for handling this case for Plaintiffs and the proposed Class. I am an attorney at law licensed to practice in the State of Ohio since 1994, and I am admitted *pro hac vice* in this matter.

2.  I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated in this Declaration.

3.  On March 12, 2025, the Court granted Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement in this action and granted related relief. ECF No. 34 (Preliminary Approval Order).

4.  The proposed class action Settlement Agreement resolves claims for economic harm regarding Defendants' use of allegedly misleading labels on, and marketing and promotion concerning, the potential presence of Salmonella in the Covered Products and provides

significant monetary relief to the Settlement Class Members by way of a Settlement Fund of $6.75 million, with no right to reversion. ("Settlement Fund"). Importantly, this Settlement will expand upon the recall initiated by Quaker oats Company on December 15, 2023, and expanded on January 11, 2024 (the "Recall"), by providing monetary relief to Class Members who did not receive a refund through the Recall. The Settlement Agreement excludes the release of any claims for personal or bodily injury.

      5.     The Settlement Agreement provides that Defendants will establish a Settlement Fund in the amount of $6.75 million, which will be exhausted to pay all Valid Claims, as well as any Attorneys' Fee, Cost and Incentive Awards,[1] and settlement administration costs that are approved by the Court. § 1.33. In addition, Quaker has agreed to pay a $100,000 Initial Settlement Administration Payment for the purposes of covering notice and administration costs that is separate and apart from the Settlement Fund so that the costs of providing notice and administering the settlement likely will not deplete the funds available for Settlement Class Members. § 4.1. Settlement Class Members who submit a Valid Claim Form with Proof of Purchase shall receive the full purchase price for each Covered Product listed on the Proof of Purchase, inclusive of all taxes. § 4.6.1. Settlement Class Members who submit a Valid Claim Form without Proof of Purchase shall receive the average retail price for up to two (2) Covered Products claimed per household. § 4.6.2. Settlement Class Members who obtained a refund from the Recall may be able to receive further relief from the settlement. If a Settlement Class Member submitted a claim in the Recall, the amount of that Settlement Class Member's payment shall be reduced by the amount each Settlement Class Member has received or shall receive from the Recall (provided that the payment shall not be reduced below $0.00). § 4.6.3. Each Settlement

---

[1] Defendants have agreed to pay service awards to the Class Representatives for up to $500 per representative. §7.2

Class Members' payment shall be increased or decreased on a pro rata basis such that the total amount paid to all Settlement Class Members equals the Available Settlement Funds. § 4.6.4. In the event any checks issued to pay Valid Claims are uncashed or not redeemed for 120 days, such funds shall be donated to a *cy pres* charity to be agreed upon by the parties and approved by the Court. § 4.10. All of this ensures that no settlement funds will revert to Defendants.

6.      Class Counsel achieved this proposed Settlement because of their experience in cases like this and because they invested considerable time, effort, and resources prosecuting this case.  By any measure, Class Counsels' efforts have been an unqualified success, and the Class Members have responded in kind, with nearly three hundred thousand Claims submitted, no objections, and only ten requests for exclusion as of the date of filing this declaration.

7.      The reaction to the Settlement has been overwhelmingly favorable.

8.      The Settlement achieved by Class Counsel is an excellent result for the Class and it benefits Class Members in a number of ways as detailed in the Declaration of Class Counsel Jason Sultzer filed in support of Plaintiffs' Motion for Attorney's Fees, Litigation Expenses and Service Awards.

9.      At all times, Plaintiffs, by and through their counsel, have diligently co-prosecuted the Litigation.

10.      Throughout the Litigation Defendants have strongly contested standing, liability, damages, and class certification.

11.      As outlined in the Declaration of Jason Sultzer this Settlement materialized as a result of Class Counsels' investment of considerable time, effort and resources into the prosecution of this case. Through the Settlement, Class Counsel has made $6.75 million in valuable benefits available to Class Members.

12.      The settlement provides an immediate and certain benefit to the Settlement

3

Class and will avoid the substantial burdens and costs that continued and uncertain litigation would impose on the parties, non-party witnesses, and the courts. Furthermore, there are many steps between here and any potential verdict. And, if Plaintiffs are successful at trial on behalf of the Class, lengthy appeals would surely follow.

13.     Class Counsel undertook and litigated this case on a fully contingent basis. Class Counsel assumed a very real risk in taking on this contingent fee class action. Class Counsel has demonstrated that they were prepared to invest time, effort, and money over a period of years with absolutely no guarantee of any recovery. If this Action had continued to be litigated and Plaintiffs were ultimately unsuccessful in their claims, Class Counsel would not be entitled to recover any attorneys' fees or costs.

14.     Even if Plaintiffs could have defeated a motion to dismiss, obtained a class certification order and proceeded to trial, victory before the trier of fact would have been uncertain. Such uncertainty, moreover, was compounded by the appeals virtually certain to have followed any verdict. In short, while Class Counsel believes that the claims are viable and strong, there can be no denying the array of serious class-wide risks, any one of which could have precluded the Class and its counsel from recovering anything at all.

15.     By any standard, this Settlement constitutes a favorable result made possible by the dedication and skill of Class Counsel under very difficult circumstances.

16.     Moreover, Class Counsel are qualified, experienced, and generally able to conduct the Litigation. Class Counsel have invested considerable time and resources into the prosecution of the Litigation and possess a long and proven track record of the successful prosecution of class actions, including false advertising cases, and numerous appointments as class counsel.

## II.    QUALIFICATIONS

17.    I am a partner with Goldenberg Schneider, LPA and a member in good standing of the bar of the State of Ohio since 1994.

18.    Goldenberg Schneider was founded in 1996 and focuses on prosecuting actions primarily on behalf of plaintiffs in complex civil litigation and class actions. The subject matter of the Firm's past and current representations is broad, ranging from consumer protection, defective products, insurance, antitrust, privacy protection, employment and labor cases, to wrongful death litigation. The firm's three litigation attorneys are experienced in every level of the state and federal judicial systems in Ohio and the country

19.    Goldenberg Schneider and I have extensive leadership experience in class actions and are currently serving, and have in the past served as, class counsel in numerous class actions, including:

a)    *In re East Palestine Train Derailment* -  I was appointed to serve on Plaintiffs' Executive Committee to prosecute class claims relating to the February 3, 2023 derailment of a Norfolk Southern train in Northern Ohio. The case recently settled for $600 million, which makes it the largest railroad settlement in United States history.

b)    *In Re: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation* – Goldenberg Schneider served as co-lead counsel for a national class comprised of approximately 4 million Ford vehicle owners who purchased or leased vehicles containing a 5.4 liter 3-valve engine equipped with defective spark plugs and related engine defects. After Plaintiffs defeated Ford's motion for summary judgment, Judge Benita Pearson of the Northern District of Ohio granted final approval of a nationwide settlement that provided reimbursement

to class members for expenses related to spark plug replacement.

c) *State of Ohio Tobacco Medicaid Recoupment Litigation* – I served as special counsel to the Ohio Attorney General in prosecuting Ohio's Medicaid recoupment action against the tobacco industry. The tobacco Medicaid recoupment litigation settled in 1999, resulting in a recovery to the State of Ohio of more than $9.86 billion. Setting aside the substantial, if not immeasurable non-economic components of the settlement, which curb youth smoking and addiction, the settlement's financial proceeds are a multiple of twelve times larger than the prior largest Ohio-based settlement.

d) *Acura RDX Infotainment System Litigation* - Goldenberg Schneider filed a nationwide class action alleging that Honda knowingly sold its 2019 and 2020 Acura RDX vehicles with defective infotainment systems. The infotainment systems in these vehicles behaved erratically, malfunctioning, freezing, and creating a safety hazard and distraction. The court denied in large part the defendant's motion to dismiss. Following substantial discovery, the court certified a class of California purchasers of these vehicles. Goldenberg Schneider and co-counsel negotiated a nationwide class settlement that received final approval.

e) *Lynevych v. Mercedes-Benz USA, LLC* – Goldenberg Schneider initiated this lawsuit against Mercedes and Bosch alleging that these defendants knowingly programmed Mercedes' Clean Diesel BlueTEC vehicles to emit illegal and dangerous levels of nitrogen oxide (NOx) in virtually all real-world driving conditions and equipped the vehicles with a "defeat device." I served on the Executive Committee. Goldenberg Schneider and its co-counsel initiated this

litigation nearly six months before the U.S. EPA and the California Air Resources Board began their investigation and eventual enforcement actions. A nationwide settlement with the defendants valued at over $750 million for the benefit of defrauded consumers was granted final approval.

f) *Daffin v. Ford Motor Company* – Goldenberg Schneider and its co-counsel successfully certified an Ohio statewide class on behalf of all Ohio purchasers or lessors of 1999 and 2000 model year Mercury Villager Minivans. The Sixth Circuit upheld the class certification in an decision that was one of the first to recognize diminished value as a viable damage model.

g) *Conti v. American Honda Motor Co., Inc.*, - Goldenberg Schneider filed a nationwide class action alleging that Honda knowingly sold its 2018-2019 Honda Odyssey, 2019-2020 Honda Passport, and 2019-2020 Honda Pilot vehicles with defective infotainment systems. The infotainment systems in these vehicles behaved erratically, malfunctioning, freezing, and creating a safety hazard and distraction. The defect could cause safety-related systems (including backup camera functions) to fail. The court denied in large part the defendant's motion to dismiss. Goldenberg Schneider and co-counsel negotiated a nationwide class settlement which received final approval.

h) *In Re: OSB Antitrust Litigation* – Goldenberg Schneider served on the trial team in a case that alleged illegal collusion and cooperation among the oriented strand board industry. The case was resolved through a series of settlements that collectively exceeded $120,000,000.

i) *Bower v. MetLife* – Goldenberg Schneider served as co-lead class counsel on behalf of a nationwide class of beneficiaries of the Federal Employees Group

Life Insurance (FEGLI) Policy, the world's largest group life insurance program. Following the Court's Order certifying the nationwide Class, the case was settled for $11,500,000.

j) *In Re: Veterans' Administration Data Theft Litigation* – Goldenberg Schneider served as co-lead counsel for a nationwide class of approximately 20 million veterans and then current members of the military who were impacted by the August 2006 theft of personal data. Multiple actions were consolidated by the Panel on Multidistrict Litigation and sent to the Federal District Court in the District of Columbia. Goldenberg Schneider successfully resolved this action with a $20,000,000 settlement.

k) *City of Cincinnati Pension Litigation* – Goldenberg Schneider and its co-counsel, with the assistance of U.S. District Court Judge Michael Barrett, successfully resolved a series of cases relating to the City of Cincinnati Retirement System, known as the CRS. Judge Barrett granted final approval of the historic and landmark Settlement Agreement on October 5, 2015. The settlement comprehensively reformed the CRS, established a consistent level of City funding, and reinstated several key benefit provisions that were eliminated in 2011 for employees who were vested in the plan at that time. The settlement benefits for the Current Employees Class members, for whom Goldenberg Schneider was approved as Class Counsel, were valued at approximately $50 million.

l) *Parker v. Berkeley Premium Nutraceuticals* – Goldenberg Schneider served as co-lead counsel and certified three nationwide classes in a consumer fraud class action on behalf of purchasers of herbal supplements for false and unproven

claims and deceptive credit card practices. This case was successfully resolved with a settlement valued in the millions of dollars. Moreover, class members retained all rights to recover a portion of the nearly $30 million that the U.S. Attorney General seized in a civil forfeiture action. Goldenberg Schneider recovered an additional $24,000,000 for the victims by prosecuting a successful class-wide Petition for Remission through the forfeiture proceedings.

m) *Cates v. Cooper Tire & Rubber Company / Johnson v. Cooper Tire & Rubber Company* – Goldenberg Schneider served as co-lead counsel for a class of more than a thousand Cooper Tire retirees who claimed that they were entitled to lifetime health care benefits. Goldenberg Schneider secured a judgment on the pleadings, certified the class, and ultimately resolved the case through a settlement valued at over $50,000,000.

n) *In Re: Consolidated Mortgage Satisfaction Cases* – Goldenberg Schneider served as lead counsel on behalf of Ohio homeowners against some of the largest national and Ohio banking and lending institutions for their failure to timely record mortgage loan payoffs. The Firm was able to consolidate all twenty actions before one trial judge and successfully upheld all the class certifications before the Ohio Supreme Court. These cases were resolved through multiple settlements valued at millions of dollars.

20.    Attached hereto as Exhibit A is my firm and attorney profile describing my professional background and qualifications.

## III.    SUMMARY OF GOLDENBERG SCHNEIDER LPA'S SIGNIFICANT WORK AND UNREIMBURSED LITIGATION COSTS

21.    From the inception of this case to the present, Goldenberg Schneider has

vigorously pursued this Litigation, committing their services and resources and advancing funds out-of-pocket for the benefit of Plaintiffs and the Class. Goldenberg Schneider provided these services and advanced necessary litigation expenses with no assurance of compensation or repayment and have received no compensation or reimbursement of their expenses. Goldenberg Schneider's compensation and expense reimbursement has at all times in this litigation been entirely contingent upon successfully obtaining relief.

22.    To date, Goldenberg Schneider has spent significant time and effort prosecuting this Litigation including, but not limited to: (a) interviewing and conferring with potential plaintiffs; (b) strategizing with co-counsel regarding the best way to efficiently organize and prosecute the Litigation; (c) drafting, editing, finalizing, and serving pre-suit demands; (d) drafting, editing, finalizing, and filing pleadings; (e) preparing pro hac vice applications; (f) reviewing and executing a confidentiality and non-disclosure agreement; (g) editing Plaintiffs' mediation statement; (h) conferring with co-counsel regarding the status of settlement negotiations; (i) reviewing and editing draft memoranda of understanding; (j) reviewing and editing the Settlement Agreement; (k) reviewing and editing preliminary approval papers, including draft class notices, claim forms, and declarations; (l) conferring with class representatives regarding the status of the litigation and settlement negotiations; (m) attending the preliminary approval hearing; and (n) reviewing and editing Plaintiffs' moving papers in support of their motion for attorneys' fees, costs, and service awards.

23.    Importantly, Goldenberg Schneider's work on this Litigation has not ended and will not end until the last settlement distribution payment is made to eligible Settlement Class Members. We expect to expend additional hours going forward, which of course are not included in Goldenberg Schneider's current lodestar reported below.

24.    The chart below details the hours billed and the amount billed at current rates

through June 11, 2025 for Goldenberg Schneider, LPA.

| Individual | Position | Experience | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|---|
| Jeffrey Goldenberg | Partner | 31 years | 20.2 | $925 | $18,685 |
| Todd Naylor | Partner | 28 years | 2.6 | $875 | $2,275 |
| Robert Sherwood | Partner | 23 years | 20.3 | $825 | $16,747.50 |
| Stephanie Vaaler | Paralegal | 37 years | 0.4 | $250 | $100 |
| Cheryl Pence | LA | 36 years | 6.2 | $175 | $1,085 |
| **TOTAL** | | | **49.7** | | **$38,892.50** |

25.    This summary was prepared from contemporaneous, daily time records regularly prepared and maintained by Goldenberg Schneider during the regular course of its business operation. I reviewed my firm's time records for this litigation, and I believe that the amount of time spent was necessary, reasonable, and non-duplicative.

26.    The Goldenberg Schneider personnel listed above billed their time at their usual and customary hourly billing rates, which have been approved by courts presiding over class action lawsuits at or near the rates presented above, and which are commensurate with the prevailing market rates for legal professionals of comparable experience and skill handling complex litigation. For example, on November 4, 2024, Goldenberg Schneider submitted the following hourly rates to the Federal District Court in New Jersey in *Sherrod et al. v. Volkswagen Group of America, Inc.*, No. 2:22-cv-01537-EP-JSA to support Class Counsel's fee petition: Jeffrey Goldenberg: $925; Todd Naylor: $875; Robert Sherwood: $825; Stephanie Vaaler: $250; and Cheryl Pence: $175. (Doc. No. 110). The Court granted Class Counsel's fee petition on January 15, 2025 (Doc. No. 122). On November 22, 2024, Goldenberg Schneider submitted the following hourly rates to the Federal District Court in the Eastern District of Pennsylvania in *Braun et al. v. The Philadelphia Inquirer, LLC*, No. 2:22-cv-04185-JMY to support Class Counsel's fee petition: Jeffrey Goldenberg: $915; Todd Naylor: $825; Robert Sherwood: $775; and Cheryl Pence: $175. (Doc. No. 70). The Court granted Class Counsel's fee petition on May

6, 2025 (Doc. No. 74).

27.     The lodestar summary reflects Goldenberg Schneider's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

28.     The number of hours that Goldenberg Schneider has devoted to pursuing this litigation is reasonable and appropriate, considering, among other factors: (a) the scope and high stake's nature of this proceeding; and b) the novelty and complexity of the claims asserted in the litigation.

29.     During the course of this case, Goldenberg Schneider incurred $252.93 in unreimbursed expenses.  These expenses were reasonably and necessarily incurred in connection with the prosecution of this litigation.  These expenses are reflected in the books and records of Goldenberg Schneider and are a true and accurate summary of the expenses for this case. The chart below details the expenses incurred by category:

| Court/Filing Fees (Goldenberg PHV fee) | $200 |
| Westlaw/PACER | $31.80 |
| Photocopies | $4.05 |
| Postage/FedEx | $17.08 |
| **TOTAL** | **$252.93** |

## IV.    SERVICE AWARDS

30.     Class Counsel requests a service award of $500 for each of the Class Representative Plaintiffs.  The named Plaintiffs were subjected to an extensive vetting interview. The named plaintiffs also provided information to substantiate the purchased products. The Plaintiffs took on the responsibilities of a class representative, and were willing to be deposed, provide discovery, and testify at trial.

V.    **CONCLUSION**

For the reasons set forth in this declaration, I respectfully request that the Court grant Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Awards.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of  June, 2025 in Cincinnati, Ohio.

_____
Jeffrey S. Goldenberg

# EXHIBIT A



## Goldenberg Schneider, LPA

4445 LAKE FOREST DRIVE, SUITE 490                      513-345-8291
CINCINNATI, OHIO 45242                                                WWW.GS-LEGAL.COM

**GOLDENBERG SCHNEIDER, L.P.A**. was founded in 1996 and focuses on prosecuting actions primarily on behalf of plaintiffs in complex civil litigation and class actions. The subject matter of the Firm's past and current representations is broad, ranging from consumer protection, defective products, privacy protection and data breach, to employment and labor cases including ERISA and FLSA, to antitrust and insurance actions (including long-term care insurance). The firm's attorneys are experienced in every level of the state and federal judicial systems in Ohio and the country.

The Firm has demonstrated its capability to successfully represent governmental entities, corporations, and individuals in the most complex types of litigation. Founding partner Jeff Goldenberg served as special counsel to the Ohio Attorney General in prosecuting Ohio's Medicaid recoupment action against the tobacco industry and has served as lead or co-lead counsel on numerous nationwide class actions. The tobacco Medicaid recoupment litigation settled in 1999, resulting in a recovery to the State of Ohio of more than $9.86 billion. Setting aside the substantial, if not immeasurable non-economic components of the settlement, which curb youth smoking and addiction, the settlement's financial proceeds are a multiple of twelve times larger than the prior largest Ohio-based settlement.

Class actions in which one or more of the Firm's attorneys currently serves or served as class counsel include the following:

➢ *In re East Palestine Train Derailment* - Mr. Goldenberg was appointed to serve on Plaintiffs' Executive Committee to prosecute class claims relating to the February 3, 2023 derailment of a Norfolk Southern train in Northern Ohio. The case recently settled for $600 million, which makes it the largest railroad settlement in United States history.

➢ *Midwestern Pet Foods Marketing, Sales Practices and Product Liability Litigation* – Mr. Goldenberg served as one of three Co-Lead Counsel in this pet food contamination litigation (dangerous levels of Aflatoxin and Salmonella) before Judge Matthew P. Brookman of the U.S. District Court for the Southern District of Indiana. In August

2023, Judge Brookman granted final approval to a $6,375,000 nationwide common fund class action settlement.

➢ *Continental Casualty Long Term Care Insurance Litigation* ("Pavlov Settlement") - Goldenberg Schneider served as Lead Class Counsel in this litigation on behalf of certain CNA long term care policyholders nationwide whose claims for stays at certain facilities were wrongly denied based upon a non-existent 24/7 on-site nursing requirement. The Federal District Court in the Northern District of Ohio granted final approval to a nationwide class action settlement negotiated by Goldenberg Schneider that provided damages to those whose claims were improperly denied and expanded the types of facilities now covered by these policies. The settlement value exceeded $25 million.

➢ *Newman v. Metropolitan Life Ins. Co.* - Goldenberg Schneider and its co-counsel successfully litigated and settled this nationwide class action on behalf of nearly 4,500 class members which alleged that MetLife imposed large premium increases on policyholders after they turned 65 years old in violation of the "Reduced-Pay at 65" rider they purchased. The "Reduced-Pay at 65" rider permitted policyholders to pay higher premiums prior to the age of 65 in exchange for paying 50% of their pre-age 65 premium once they turn 65 years old. However, MetLife failed to honor the terms of the contract and imposed substantial premium rate increases on insureds after they reached 65 years of age. United States District Court Judge Thomas M. Durkin granted final approval to a class action settlement which required MetLife to forbear collection of any premium beyond 50% of the pre-age 65 premium amount for all class members. In addition, MetLife refunded to class members 30% of all increased post-age 65 premiums it collected. The case number is 1:16-CV-03530 (N.D. Ill).

➢ *Bower v. MetLife* – Goldenberg Schneider served as co-lead class counsel on behalf of a nationwide class of beneficiaries of the Federal Employees Group Life Insurance (FEGLI) Policy, the world's largest group life insurance program, alleging that MetLife failed to pay appropriate interest from an insured's date of death. Following the Court's Order certifying the nationwide Class, the case for $11,500,000.

➢ *In Re: Consolidated Mortgage Satisfaction Cases* – Goldenberg Schneider served as lead counsel on behalf of Ohio homeowners against some of the largest national and Ohio banking and lending institutions for their failure to timely record mortgage loan payoffs.

The Firm was able to consolidate all twenty actions before one trial judge and successfully upheld all the class certifications before the Ohio Supreme Court. These cases were resolved through multiple settlements valued at millions of dollars.

➤ *IN RE: MOVEit Customer Data Security Breach Litigation* – Mr. Goldenberg was recently appointed by Judge Burroughs (D. Mass) to serve as one of the chairpersons for the Plaintiff Vetting and Discovery Committee in this massive multidistrict litigation proceeding involving over 100 defendants.

➤ *Deloitte Consulting Pandemic Unemployment Assistance Data Breach Litigation* – Mr. Goldenberg served as Lead Counsel representing Plaintiffs and the class of several hundred thousand Covid-19 Pandemic Unemployment Assistance ("PUA") applicants from Ohio, Colorado and Illinois whose sensitive personal information was made available to third parties without their authorization. Plaintiffs alleged that Deloitte Consulting designed, operated and maintained the PUA systems which resulted in the unauthorized exposure. The case, which was pending in federal district court for the Southern District of New York before Judge Lewis J. Liman, settled for $4,950,000, and final approval of the settlement was granted on April 7, 2022.

➤ *In Re: Southern Ohio Health Systems Data Breach Litigation* – Goldenberg Schneier served as co-lead counsel for two related class action lawsuits against Defendants Adena Health System and TriHealth, Inc. Both Defendants failed to protect their patients' sensitive information which was hacked and subject to a criminal ransomware attack. The case resolved in 2022 with a $1,950,000.00 common fund settlement.

➤ *In Re: Veterans' Administration Data Theft Litigation* – Goldenberg Schneider served as co-lead counsel for a nationwide class of approximately 20 million veterans and current members of the military who were impacted by the August 2006 theft of personal data. Multiple actions were consolidated by the Panel on Multidistrict Litigation and sent to the Federal District Court in the District of Columbia. The case was successfully resolved with the creation of a $20,000,000 common fund settlement.

➤ *Estep v. J. Kenneth Blackwell, Ohio Secretary of State* – Goldenberg Schneider served as co-lead counsel on this class action against former Ohio Secretary of State, Ken Blackwell, based upon a violation of privacy rights when personal information was unlawfully disclosed in public records accessible through the Secretary's website. The

settlement required the Secretary of State to dramatically improve the protection of social security numbers.

➢ *In re: Google Inc. Street View Electronic Communications Litigation* - In 2010, Goldenberg Schneider and co-counsel filed the first nationwide class action lawsuit against Google for violating the Federal Wiretap Act by using certain "snoopers" and "sniffers" to illegally intercept and record wireless electronic communications. In 2011, the Court denied Google's motion to dismiss the federal wiretapping claim. Google appealed to the Ninth Circuit which affirmed the denial. The case settled for $13 million.

➢ *Navy Federal Credit Union TCPA Litigation* – Goldenberg Schneider served as co-lead counsel in this nationwide class action alleging that Navy Federal Credit Union violated the Telephone Consumer Protection Act by repeatedly texting non-customers without authorization. Goldenberg Schneider successfully resolved this litigation recently through the creation of a $9,250,000 common fund for the benefit of the class. Judge Leonie M. Brinkema of the Federal Court located in the Eastern District of Virginia granted final approval to the settlement on October 20, 2020.

➢ *In Re: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation* – Goldenberg Schneider served as co-lead counsel for a national class comprised of approximately 4 million Ford vehicle owners who purchased or leased vehicles containing a 5.4 liter 3-valve engine equipped with defective spark plugs and related engine defects. On January 26, 2016, after Plaintiffs had defeated Ford's motion for summary judgment, Judge Benita Pearson of the Northern District of Ohio granted final approval of a nationwide settlement that provided reimbursement to class members for expenses related to spark plug replacement.

➢ *Acura RDX Infotainment System Litigation* - Goldenberg Schneider filed a nationwide class action alleging that Honda knowingly sold its 2019 and 2020 Acura RDX vehicles with defective infotainment systems. The infotainment systems in these vehicles behave erratically, malfunctioning, freezing, and creating a safety hazard and distraction. The court denied in large part Defendant's motion to dismiss. Following substantial discovery, the Court certified a class of California purchasers of these vehicles. Goldenberg Schneider and co-counsel Hagens Berman Sobol Shapiro recently negotiated a nationwide class settlement and filed for preliminary approval in March 2021.

➢ *Ulyana Lynevych v. Mercedes-Benz USA, LLC* – Goldenberg Schneider along with Hagens Berman Sobol Shapiro initiated this lawsuit against Mercedes and Bosch alleging that these defendants knowingly programmed Mercedes' Clean Diesel BlueTEC vehicles to emit illegal and dangerous levels of nitrogen oxide (NOx) in virtually all real-world driving conditions and equipped the vehicles with a "defeat device." Mr. Goldenberg serves on the Executive Committee. Goldenberg Schneider and its co-counsel initiated this litigation nearly six months before the U.S. EPA and the California Air Resources Board began their investigation and eventual enforcement actions. A nationwide settlement with Defendants valued at over $750 million for the benefit of defrauded consumers was recently granted final approval in July, 2021.

➢ *City of Cincinnati Pension Litigation* – Goldenberg Schneider and its co-counsel, with the assistance of U.S. District Court Judge Michael Barrett, successfully resolved a series of cases relating to the City of Cincinnati Retirement System, known as the CRS. Judge Barrett granted final approval of the historic and landmark Settlement Agreement on October 5, 2015. The settlement comprehensively reforms the CRS, establishes a consistent level of City funding, and reinstates several key provisions that were eliminated in 2011 changes for employees who were vested in the plan at that time. The settlement benefits for the Current Employees Class members, for whom Goldenberg Schneider was approved as Class Counsel, are valued at approximately $50 million.

➢ *In Re: OSB Antitrust Litigation* – Goldenberg Schneider served on the trial team in a case that alleged illegal collusion and cooperation among the oriented strand board industry. The case settled through a series of settlements that collectively exceeded $120,000,000.

➢ *Parker v. Berkeley Premium Nutraceuticals* – Goldenberg Schneider served as co-lead counsel and certified three nationwide classes in a consumer fraud class action on behalf of purchasers of herbal supplements for false and unproven claims and deceptive credit card practices. This case was successfully resolved with a settlement valued in the millions of dollars. Moreover, class members retained all rights to recover a portion of the nearly $30 million that the U.S. Attorney General seized in a civil forfeiture action. Goldenberg Schneider then recovered an additional $24,000,000 for the victims by prosecuting a successful class-wide Petition for Remission.

➢ *Cates v. Cooper Tire & Rubber Company/ Johnson v. Cooper Tire & Rubber Company* – Goldenberg Schneider served as co-lead counsel for a class of more than a thousand Cooper Tire retirees who claimed that they were entitled to lifetime health care benefits. Goldenberg Schneider secured a judgment on the pleadings, certified the class, and ultimately resolved the case through a settlement valued at over $50,000,000.

➢ *In re: Verizon Wireless Data Charges Litigation* – Goldenberg Schneider filed the first nationwide class action challenging Verizon Wireless' improper $1.99 data usage charges to certain pay-as-you-go customers. Goldenberg Schneider, as a member of the Plaintiffs Advisory Committee, played an active role in this litigation which resulted in benefits to the Class in excess of $50,000,000 in refunds and reimbursement payments.

➢ *Daffin v. Ford Motor Company* – Goldenberg Schneider and its co-counsel successfully certified an Ohio statewide class on behalf of all Ohio purchasers or lessors of 1999 and 2000 model year Mercury Villager Minivans. The Sixth Circuit upheld the class certification, and the case was resolved through a settlement. The Sixth Circuit decision was one of the first to recognize diminished value as a viable damage model.

➢ *Meyer v. Nissan North America* – Goldenberg Schneider served as co-lead counsel on behalf of thousands of Nissan Quest minivan owners throughout the United States. The suit alleged that the Quest minivan developed dangerous levels of carbon deposits in the accelerator system causing the gas pedal to stick, resulting in a roadway safety hazard including documented accidents and injuries. The case was resolved by a nationwide class action settlement that included warranty coverage and a refund of prior repair costs.

➢ *Lesley Conti and Tom Conti v. American Honda Motor Co., Inc.*, - Goldenberg Schneider filed a nationwide class action alleging that Honda knowingly sold its 2018-2019 Honda Odyssey, 2019-2020 Honda Passport, and 2019-2020 Honda Pilot vehicles with defective infotainment systems. The infotainment systems in these vehicles behave erratically, malfunctioning, freezing, and creating a safety hazard and distraction. The defect can cause safety-related systems (including backup camera functions) to fail. The court denied in large part Defendant's motion to dismiss. Goldenberg Schneider and co-counsel Hagens Berman Sobol Shapiro recently negotiated a nationwide class settlement which received preliminary approval in May 2021.

**JEFFREY S. GOLDENBERG**
Goldenberg Schneider, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
(513) 345-8291
**www.gs-legal.com**

## LEGAL EXPERIENCE

PARTNER, GOLDENBERG SCHNEIDER, L.P.A. (1996-present) - Civil trial and appellate practice in state and federal courts.  Areas of practice include: class actions, consumer protection, data breach and privacy protection, product defect, long-term care insurance litigation, TCPA litigation, state attorney general cost recoupment including tobacco and pharmaceutical average wholesale price litigation, employment litigation including ERISA and wage and hour (FLSA), toxic torts, lead poisoning, antitrust, environmental, and commercial disputes.

ATTORNEY, DINSMORE & SHOHL (1994-1996) - General litigation practice with an emphasis on environmental litigation and compliance.

### *Bar Admissions/Licenses*

State of Ohio (admitted since 1994)
United States Court of Appeals for the Second Circuit
United States Court of Appeals for the Sixth Circuit
United States Court of Appeals for the Ninth Circuit
United States District Court for the Southern District of Ohio
United States District Court for the Northern District of Ohio
United States District Court for the Northern District of Illinois
United States District Court for the Central District of Illinois
United States District Court for the Eastern District of Michigan
United States District Court for the District of Nebraska
United States District Court for the Southern District of Texas

### *Activities/Memberships*

Ohio Association for Justice
American Association for Justice
American Bar Association
Ohio State Bar Association
Cincinnati Bar Association
The Cincinnati Academy of Leadership for Lawyers
Volunteer Attorney for the Ohio Foreclosure Mediation Project
Supreme Court of Ohio Lawyer to Lawyer Mentoring Program
Pro Seniors Legal Volunteer

## EDUCATION

Indiana University School of Law, Bloomington, Indiana, J.D. 1994
Indiana University School of Public and Environmental Affairs, M.S.E.S. 1994
Indiana University, B.A. Biology, 1988

**JEFFREY S. GOLDENBERG**
**PARTNER, GOLDENBERG SCHNEIDER, LPA**
**www.gs-legal.com**

Mr. Goldenberg's practice includes class action and complex civil litigation with an emphasis on consumer protection. His practice areas include insurance coverage (including long-term care insurance), consumer fraud, data breach and privacy protection, product defects, overtime and wage and hour, ERISA, antitrust, toxic torts, and commercial disputes.

Mr. Goldenberg has served (or currently serves) as lead and/or co-counsel in numerous multi-million dollar complex civil cases throughout the United States, including: Midwestern Pet Food Contamination Litigation, Mid-America Pet Food Contamination Litigation, Continental Casualty Long Term Care Insurance Litigation, Ohio State Teachers Retirement System Litigation, City of Cincinnati Pension Litigation, Ford Spark Plug Litigation, Enzyte Consumer Fraud Litigation, GEAE FLSA Litigation, VA Data Theft Litigation, East Palestine Norfolk Southern Train Derailment Litigation, Styrene Railway Car Litigation, Ford and Nissan Throttle Body Defect Litigation, Clayton Home Sales Tax Litigation, Metlife FEGLI Litigation, Mercedes Diesel Emissions Fraud Litigation, MetLife Reduced Pay at 65 Litigation, FCA Chrysler 2.4 Liter Engine Oil Consumption Litigation, Honda Odyssey and Pilot Infotainment Defect Litigation, Acura RDX Infotainment System Litigation, Vitamix Blender Litigation, LeafFilter Gutter Litigation, and Oriented Strand Board Antitrust Litigation. Jeff also served as Special Counsel representing the State of Ohio against the Tobacco industry and was part of the litigation team that achieved an unprecedented $9.86 billion settlement for Ohio taxpayers. He also served as lead counsel on the In re: Consolidated Mortgage Satisfaction Cases involving twenty separate class actions. That litigation resulted in a significant Ohio Supreme Court decision defining key aspects of Ohio class action law.

Mr. Goldenberg earned three degrees from Indiana University: a Bachelor of Arts in Biology in 1988 (Phi Beta Kappa); a Master of Science in Environmental Science in 1994; and his Juris Doctor in 1994. Jeff has practiced in all levels of Ohio trial and appellate courts as well as other courts across the nation and is admitted to practice in the State of Ohio and various United States District Courts across the U.S. and the United States Second, Sixth & Ninth Circuit Courts of Appeal. Jeff is a member of the American Association for Justice, the Ohio State Bar Association, and the Cincinnati Bar Association.

**TODD B. NAYLOR**
Goldenberg, Schneider, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
(513) 345-8291
**www.gs-legal.com**

## LEGAL EXPERIENCE

PARTNER, GOLDENBERG SCHNEIDER, L.P.A. (2003-present)  Civil trial practice in state and federal courts, trial and appellate level, in insurance litigation, products liability, securities, antitrust, toxic torts, consumer protection, personal injury and wrongful death, with a focus on complex litigation and class actions.

ATTORNEY, MANLEY BURKE, L.P.A. (1998-2003)   Civil trial practice in state and federal courts, trial and appellate level, in toxic torts, products liability, employment intentional torts, medical malpractice, wrongful death, with an emphasis on representation of workers injured or killed by toxic minerals or chemicals.

ATTORNEY, HERMANIES, MAJOR, CASTELLI & GOODMAN (1997-1998) General civil trial practice with an emphasis on personal injury and products liability.

### *Bar Admissions/ Licenses*

State of Ohio Trial and Appellate Courts (since 1997)
Supreme Court of the United States
United States Court of Appeals for the Sixth Circuit
United States District Court for the Southern District of Ohio
United States District Court for the Northern District of Ohio
Admitted Pro Hac Vice in other Non-Ohio State and Federal Courts

### *Activities/ Honors*

Attorney Mediator- Southern District of Ohio
Arbitrator, Clermont County Court of Common Pleas
Arbitrator, Cincinnati Bar Association Fee Arbitration Committee
Fellow, Cincinnati Academy of Leadership for Lawyers, Class XII
Ohio Association for Justice, Trustee/ Chair Section on Environmental Torts (2000-2004)
Cincinnati Bar Association

## EDUCATION

University of Colorado School of Law, J.D. 1997
        Trial advocacy scholarship winner
        Legal Aid and Defender Program Award
Bradley University, B.A. 1994 (with honors)

**TODD B. NAYLOR**
**PARTNER, GOLDENBERG SCHNEIDER, LPA**
**www.gs-legal.com**

Mr. Naylor's practice areas primarily include class actions, insurance litigation, products liability, antitrust litigation, toxic and environmental torts, personal injury, and wrongful death. He has appeared as lead counsel in courts across the United States representing clients at all stages of litigation and has lectured on various aspects of the legal profession at numerous seminars and at the University of Cincinnati College of Law.

Mr. Naylor frequently represents large classes and entities. He represented the State of Ohio in a securities lawsuit relating to the merger of Exxon and Mobil. He has also represented multiple states, including Connecticut, in pharmaceutical pricing litigation. Mr. Naylor served on the trial team in antitrust litigation involving the oriented strand board industry that resulted in an aggregate settlement of over $120,000,000. Additionally, Mr. Naylor has served as lead counsel in multiple life insurance cases in which he has obtained contested class certification, ultimately resolving the cases for millions of dollars. One such case was filed on behalf of beneficiaries of the Federal Employees Group Life Insurance (FEGLI) Policy, the world's largest group life insurance program. Mr. Naylor presently serves as lead and/or co-counsel in numerous multi-million dollar complex civil litigation cases throughout the State of Ohio and nationwide.

Mr. Naylor has also represented many individuals in high-value litigation involving severe personal injuries and wrongful death. He recently acted as lead counsel in a case against the Montgomery County, Ohio dog warden for the warden's alleged failure to act to prevent the fatal mauling of a Dayton resident. The multi-million dollar settlement of that case, following Plaintiff's defeat of the Dog Warden's motion for summary judgment, is believed to be the largest settlement ever against an animal control agency. Mr. Naylor also recently obtained a $10.3 million verdict against Ethicon for the alleged failure of one its surgical staplers to function as intended during a bowel resection. He then successfully defended the appeal of that verdict before the Second District Court of Appeals and the Supreme Court of Ohio.

Mr. Naylor is admitted to practice in the State of Ohio, the United States Supreme Court, the United States Court of Appeals for the Sixth Circuit, and the United States District Court for the Southern and Northern Districts of Ohio. He serves as an Attorney Mediator for the Southern District of Ohio, and an Arbitrator for the Clermont County Common Pleas Court and the Cincinnati Bar Association Fee Arbitration Committee. Mr. Naylor is a Fellow with the Cincinnati Academy of Leadership for Lawyers.

ROBERT B. SHERWOOD
Goldenberg Schneider, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
(513) 345-8291
**www.gs-legal.com**

## LEGAL EXPERIENCE

PARTNER, GOLDENBERG SCHNEIDER, L.P.A. (2011-present) - Civil trial practice in state and federal courts, trial and appellate level, in data breach, securities, antitrust, products liability, toxic torts, and consumer protection, with a focus on complex litigation and class actions.

ASSOCIATE, SQUIRE, SANDERS & DEMPSEY, LLP (2007–2010) – Civil trial practice in firm's commercial litigation, complex litigation and class action practice groups.

ASSOCIATE, MEREDITH COHEN GREENFOGEL & SKIRNICK, Philadelphia, PA (2003-2007)  Civil trial practice focusing on complex multi-defendant antitrust and securities class actions.

SUPERIOR COURT OF DELAWARE LAW CLERK, HON. JEROME O. HERLIHY (2002-2003)

### *Bar Admissions/Licenses*

Supreme Court of Ohio
Supreme Court of Pennsylvania
United States District Court for the Southern District of Ohio
United States District Court for the Eastern District of Pennsylvania

### *Activities/Memberships*

Cincinnati Bar Association
Ohio State Bar Association
American Bar Association

## EDUCATION

University of Pennsylvania Law School, Philadelphia, PA, J.D. 2002
Bucknell University, Lewisburg, PA, B.A., Political Science, 1999
        Honors: *Phi Beta Kappa, magna cum laude*

## ROBERT B. SHERWOOD
## PARTNER, GOLDENBERG SCHNEIDER, LPA
## www.gs-legal.com

Robert's practice focuses on complex civil and class action litigation. He represents clients in trial and appellate courts on the state and federal level and has experience representing both plaintiffs and defendants in multi-party disputes involving consumer protection, defective products, data breach and personal privacy protection, antitrust, securities, civil conspiracy, qui tam, insurance coverage, and breach of contract claims.

Prior to joining Goldenberg Schneider, LPA, Robert was an associate with a large Cleveland-based corporate law firm and, prior to that, a small Philadelphia-based boutique firm specializing in antitrust class actions. Robert has served as a member of legal teams prosecuting multi-million dollar antitrust class actions, including *In re Dynamic Random Access Memory* (DRAM) Antitrust Litigation, No.M-02-1486 (N.D. Cal.); *In re Carbon Black Antitrust Litigation*, MDL No. 1543 (D. Mass.); *In re OSB Antitrust Litigation*, No. 06-826 (E.D. Pa.); and *In re Mercedes Benz Antitrust Litigation*, No. 99-4311 (D. N.J.).

Robert received his Bachelor of Arts in 1999 from Bucknell University, from which he graduated *magna cum laude* with *Phi Beta Kappa* honors. After earning his Juris Doctor from the University of Pennsylvania in 2002, he subsequently served as law clerk to the Honorable Jerome O. Herlihy of the Superior Court of Delaware. Robert is admitted to practice in the State of Ohio and the Commonwealth of Pennsylvania, the United States District Courts for the Southern District of Ohio and Eastern District of Pennsylvania.