AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Raymond Kessler, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:24-cv-00526-KMK |
| The Quaker Oats Company, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barbara Abreu.

Date:   07/31/2025

*Attorney's signature*

Andrew Costello AC4481
*Printed name and bar number*

Leeds Brown Law, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514

*Address*

acostello@leedsbrownlaw.com
*E-mail address*

(516) 873-9550
*Telephone number*

(516) 747-5024
*FAX number*