# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

KESSLER

---

Write the full name of each plaintiff or petitioner.

-against-

QUAKER OATS CO.

---

Write the full name of each defendant or respondent.

No. 7:24 CV 00526

So Ordered.
/s/ MK
8/5/25

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

Because the Clerk will not file my papers, if the settlement is approved, I need to file a Notice of Appeal to the Second Circuit and pay the fee online. The Clerk's failure to file my papers violates F.R.Cv.P. 5(d)(4) and 79(a).

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on  use other courts ECF  .

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.
   DESPITE IT BEING ON THE LONG FORM NOTICE AS TO HOW TO FILE OBJECTIONS, MY REQUEST WAS REJECTED BY THE CLERK. THIS CAUSED PEOPLE TO BE DELAYED OR NOT TO FILE OBJECTIONS.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing. THE PRO SE INTAKE OFFICE DOES NOT SCAN THE DOCUMENTS OR DOCKET THEM. NONE OF MY FILINGS HAVE BEEN DOCKETED. PERHAPS THEY SHOULD REVIEW RULES 5(d)(4) and 79(a).

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ■ a computer with internet access and a word processor

   type of computer I will be using:  One that doesn't use AI to write briefs.

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: Word, Google Docs, Open Office

- ☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- ☒ a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: **Lexmark**

- ☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of PDF reader and writer that I will be using:
  **Acrobat**

- ☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

**7/30/2025**
Dated

/s/ Pat Zhen
Signature

**Pat Zhen**
Name

**PO Box 366047**     **San Juan**     **PR**   **00936**
Address                City              State   Zip Code

(787) 547-5010         zz@patzhen.com
Telephone Number       E-mail Address

**This was the email the Clerk rejected.**

2