UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND KESSLER, *et al.* <br><br>              Plaintiff, <br><br>     v. <br><br> THE QUAKER OATS COMPANY. <br><br>              Defendant. | No. 24-CV-526 (KMK) <br><br> OPINION & ORDER |

The Court respectfully directs the Clerk of Court to add Pat Zhen as an objector in the above-captioned case.

SO ORDERED.

Dated:   August 8, 2025
         White Plains, New York

                                                     _____
                                                     KENNETH M. KARAS
                                                     United States District Judge