August 06, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883093512540

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | M.Mike | Delivery Location: | 300 QUARROPAS ST |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | WHITE PLAINS, NY, 10601 |
| | | Delivery date: | Jul 29, 2025 10:24 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 883093512540 | Ship Date: | Jul 28, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Clerk of Court, United States District Court
300 Quarropas Street
WHITE PLAINS, NY, US, 10601

Shipper:
PROCESS SERVICE, Legal Process
OLD DEAN STREET
Taunton, MA, US, 02766



Thank you for choosing FedEx