

August 29, 2025

**VIA ECF**
Judge Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Kessler v. The Quaker Oats Co.*
Index No: 24-cv-526-KMK

Your Honor:

    We represent Plaintiffs and the class in the above captioned matter. Pursuant to the Court's Order (ECF No. 70), we write in response to objector Pat Zhen's motion (ECF No. 69) to unseal ECF No. 57-1. As set forth below, neither Class Counsel nor Defendant opposes Mr. Zhen's request to publicly file a redacted version of 57-1. Class Counsel, however, takes the opportunity to respond to several additional issues raised by Mr. Zhen in his motion.

    As the Court is aware, Docket No. 57-1 is the supporting declaration of Jason Sultzer in opposition to Mr. Zhen's objection to the Class Action Settlement in this matter. 57-1 also includes the exhibits to the Sultzer Declaration, which set forth, *inter alia*, the indicia of fraud related to Mr. Zhen's objection. 57-1 was temporarily sealed by the ECF Help Desk because it attached an exhibit which contains a partially redacted social security number and date of birth. That exhibit was previously publicly filed in the Northern District of California in another litigation in which Mr. Zhen lodged an objection (*In re Telescopes Antitrust Litig* (N.D. Cal.) (5:20-cv-03639-EJD). Mr. Zhen moved for a protective order in the *Telescopes* matter seeking to have the documents removed from the public docket.

    On August 4, 2025, the Court held a fairness hearing during which it granted Class Counsels' motion for final approval and attorneys' fees and overruled Mr. Zhen's objections in their entirety. At the hearing, the Court also permanently sealed the portion of 57-1 that contained Mr. Zhen's private information. Mr. Zhen now asks that the Court unseal 57-1 (albeit with a fully redacted social security number and date of birth) so that it is part of the public record.

    Again, Class Counsel has no objection to unsealing 57-1 and replacing the document with a version that fully redacts Mr. Zhen's social security number and date of birth. Class Counsel has also consulted with counsel for the Defendant, who similarly does not oppose Mr. Zhen's request. To the extent, however, Mr. Zhen's motion challenges Class Counsels' method of service or the propriety of the Court's order permanently sealing the document, those arguments are meritless. At the hearing, the Court asked for any objections to sealing the document. Despite being given the opportunity to attend, however, Mr. Zhen was not present at the fairness hearing and did not object to sealing 57-1. In light of the lack of any opposition from Mr. Zhen or anyone else, the

Court's decision to permanently seal a portion of 57-1 was proper. Moreover, as evidenced by the attached Affidavit of Service, Class Counsel sent Mr. Zhen its opposition to his initial objections, including Document 57-1, by first class mail on July 22, 2025. Accordingly, contrary to Mr. Zhen's complaints, he had ample opportunity to review and respond to the arguments and evidence in 57-1 prior to the fairness hearing.

We thank the Court for its time and attention to this matter.

**SULTZER & LIPARI, PLLC**

Jason P. Sultzer, Esq.

CC: Pat Zhen (*pro se* Objector)
By mail

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
**Raymond Kessler, Hartence Hill, Lazaro Rodriguez, Teresa Herendeen, and Barbara Abreu individually and on behalf of all others similarly situated,**

                  **Plaintiffs,**          **AFFIDAVIT OF SERVICE**

v.                                                           Case No.: 7:24-cv-00526

**The Quaker Oats Company,**

                  **Defendant.**

-----------------------------------------------------------x

STATE OF NEW YORK     )
                                    ) ss.:
COUNTY OF DUTCHESS   )

        JASON SULTZER, duly sworn, deposes, and says, that deponent is not a party to the action, is over 18 years of age and resides in Dutchess County, New York.

        That on the 22nd day of July, 2025, deponent served the within Class Counsels' Response To The Objection Of Pat Zhen and Declaration Of Jason Sultzer In Response To The Objection Of Pat Zhen via First Class Mail by depositing a true copy thereof enclosed in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the address set forth after the name:

Pat Zhen
P.O. Box 366047
San Juan, PR 00936

1

_____
JASON P. SULTZER

Sworn to before me this
22nd day of July, 2025

_____
NOTARY PUBLIC

Amanda ~~Kaatz~~ Ciulla
Notary Public State of New York
01KA6212207
Qualified in Dutchess County
Commission Expires 10/13/25

2