**Pat Zhen**
PO Box 366047
San Juan PR  00936
(787) 547-5010
legal@patzhen.com

October 10, 2025

Hon. Kenneth M. Karas,
United States District Judge
300 Quarropas Street
White Plains, NY  10601-4150

   RE:  *Kessler v. The Quaker Oats Co.*, 24-cv-526

Dear Hon. Judge Karas:

I feel compelled to respond to Class Counsel's defamatory letter inferring, without regard to Rule 11, that I caused the objections of Bilal Amjad and/or that I do not exist.  Class Counsel's own investigative reports confirm my identity yet they persist in spewing nonsensical conspiracy theories.

Class Counsel's letter demonstrates that they themselves do not know the class definition which has nothing to do with the recall but allows a claim if a product was purchased at any time since inception of the product.  If Class Counsel and Angeion Group do not understand this, then there exists a serious problem.  Certainly, the wide ranging definition should never have been approved and demonstrates the need to know how many claims were denied or refused by Angeion.  It is unfortunate that there was no oversight by the court of the claims process.

I am further concerned that the Court Clerk's office may have withheld other correspondence from other non-represented objectors instead of placing filings on the docket as required by the Federal Rules of Civil Procedure.  As an appellant, I am entitled to a full record of all filings made – or attempted to be made but thwarted by the gatekeeping *pro se* office which similarly did not file my objections because I was not a "party."

Worse, in this case, it is clear that Mr. Amjad notified Class Counsel that his objections were not lodged on the docket and that notification was ignored.  Class Counsel had a fiduciary duty to immediately notify this Court and to provide the objections on the docket. Class Counsel has fiduciary duty to absent class members. *Maywalt v. Parker Parsley Petroleum Co.,* 67 F.3d 1072, 1077 (2d Cir. 1995) ("Both class representatives and class counsel have responsibilities to absent members of the class.").

I remain willing to provide the Court *ex parte* with my identification; however, I will not do so if there is any chance that Class Counsel or Angeion Group receive a copy of it.  It is clear that Class Counsel engages in relentless personal attacks and privacy violations in this matter and will misuse any data to create additional damage and personal attacks.

Respectfully yours,
*/s/ Pat Zhen*