# ENOCH BARQUERO

APARTADO PA 267
MANAGUA
NICARAGUA
enoch@i2send.com

November 11, 2025

Hon. Judge KENNETH M. KARAS
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    In re: 24-cv-526 Quaker Oats Litigation

Dear Judge Karas:

1. This is a motion pursuant to F.R.A.P. 4(d) to file my notice of appeal timely as of the date received by the Court of Appeals (September 8, 2025) and to docket my notice of appeal. My appeal was received by the Court of Appeals on September 8, 2025, but they became confused as I am not listed as a party in the other pending appeals.

2. Objectors may appeal from the final order approving settlement. They do not need to intervene. Devlin v. Scardelletti, 536 US 1 (2002).

3. This is where the confusion comes in. My objections were attempted to be filed electronically but Clerk rejected my ECF on June 26, 2025.

4. I mailed my objections to court on same date, but Clerk would not file because I am not a party. This is plain error and defies

the notice to the class members. This happened to many people.

5. Because Clerk would not file my objections, I filed with appeals court and received September 8, 2025. But Clerk of Appeals Court did not file, confusing with other appeal. See letter.

6. I was entitled to object and I am entitled to appeal the refusal to allow people to object and the terms.

7. My appeal is entitled to backdating as of September 8, 2025, date received in appeals court.

8. Please fix this by filing my notice of appeal or issuing an Order denying that so I can appeal the failure of the clerks to process objector paperwork.

9. Objections incorporated by reference, appeal incorporated by reference, letter exhibit incorporated.

10. Lateness is because I just received the letter from the appeals clerk on November 11 because they used regular mail.

*Enoch Barquero*
ENOCH BARQUERO
APPEAL OBJECTOR

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

DEBRA A. LIVINGSTON
CHIEF JUDGE

Date: September 15, 2025
To: Enoch Barquero
Address: Apartado PA 267
Managua, Nicaragua

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

Short Title: Kessler v. The Quaker Oats Company
Docket#: 25-2146
Dist Ct. 24-cv-526 SDNY WP

## NOTICE OF APPEAL TO THE DISTRICT COURT

The attached Notice of Appeal was received in our Court on September 8, 2025.

In view of the foregoing please be advised that no further action will be taken by this office with respect to your recent filing until you can demonstrate that you have a valid appeal or proceeding before this Court.

\*This appeal in 24-cv-526 has a docket number 25-2146 Kessler v. The Quaker Oats. Your name is not listed on the District Court docket sheet and you are not a party to this appeal. (See attached docket sheet)

Inquiries regarding this case may be directed to 212-857-8500.

Case 7:24-cv-00526-KMK    Document 90    Filed 12/08/25    Page 4 of 7

# ENOCH BARQUERO

APARTADO PA 267
MANAGUA
NICARAGUA
enoch@i2send.com

August 29, 2025

Clerk of United States Court of Appeals
40 Foley Square
New York NY 10007

**NOTICE OF APPEAL**

To the Appeals Court of the Second Circuit:

Because the district court not filing any pro se objections in the case, I notify your office that I hereby appeal the Orders granting settlement approval in case 7:24civ00526, White Plains, a Quaker Oats Class Action, Orders granting attorney fees, on the docket August 7, 2025, to the United States Court of Appeals for the Second Circuit. Exhibit A are my objections I filed but the Clerk did not file and were never considered. I appeal because the court impeded pro se objections rejected ECF, made people who bought Quaker not speak about the product, made people file objections prior to knowing anything about the attorney fees, very low total amount of settlement for nationwide recall, class size too large all products since inception when recall was 2024 products only, Nicaragua blocked from filing claims despite DR CAFTA, no notice to people except via social media, other reasons.

enoch barquero
ENOCH BARQUERO
APPEAL OBJECTOR


B

# ENOCH BARQUERO

APARTADO PA 267
MANAGUA
NICARAGUA
enoch@i2send.com

June 26 2025

White Plains Courthouse Clerks Office
300 Quarropas Street
White Plains NY  10601

RE CASE 7:24 cv 00526   Quaker Oats Case

To the White Plains Courthouse Clerk's Office:

I object to the settlement.

1. The settlement states I cannot speak about Quaker oats or disparage their product. This is unfair. It was not contained in the notice that was sent out to people and nobody is being notified of this. This is not fair. It also says I cannot speak bad about settlement, but settlement is not good. Silence is not a correct inclusion.
2. We cannot calculate attorney fees because no information about them is contained in the settlement.   Looks like the motion for attorney fees will be after the objection deadline so people cannot object except to the general amount.
3. The payment pool is excessively low when the class contains people who bought the products years ago. It seems to be based upon the time when they had recall, but the settlement says everyone can apply even those who bought the product 6 years ago or not subject to recall.
4. The class is too broad, why would it be from product inception to present when the recall was only over a one year period. It should only be for people affected by the recall or who bought during the contamination.
5. The advertising to the class was not fair as it was internet only, social media. Many people who buy Quaker Oats granola type products are not on social media, such as normal people who go to the store and buy the product. Notices of the class action

should have been posted in coupon pages for supermarkets and at supermarkets not just social media.
6. The settlement states to file using ECF. I was rejected for ECF. I could not file my objections electronically. I am sending to the court today, hopefully will get there. I thought we could file eCF before June 27 2025.
7. I tried to put in a claim on the website and it blocked Nicaragua completely. I received only a white page. It seems that a country filter was put on stopping Nicaragua from filing, but see the DR CAFTA treaty. I was in California when I bought but I returned home.
8. While I was in the United States during late 2023 and 2024, in the State of California, I purchased Quaker Chewy Bars Chocolate Chip, Quaker Chewy Bars Chocolate Chunk, Quaker Chewy Bars Variety Pack, Quaker Simply Granola Oats, Honey & Almonds Cereal. Objections apply to all class members.
9. I possibly ate contaminated snacks.

## NextGen CM/ECF Registration Status

From    do_not_reply@psc.uscourts.gov

To      enoch@i2send.com

Reply-To    help_desk@nysd.uscourts.gov

Date    2025-06-26 12:41

## Message Body

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 8531245
Court: NEW YORK SOUTHERN DISTRICT COURT
Date/Time Submitted: 06/26/2025 11:39:49 CDT

Transaction ID: 201886
Request: Registration
Transaction Status: Rejected
Comment: We received your request for a non-attorney e-filing account. You must file a motion for permission for electronic case filing for pro se cases in your case. Please copy and paste this link into your browser to acquire the motion http://nysd.uscourts.gov/file/forms/motion-for-permission-for-electronic-case-filing-for-pro-se-cases. You should register for our Introduction to ECF Class (http://nysd.uscourts.gov/ecf_training.php) and attach your certificate of completion to your motion. Once the motion is granted by the judge, we will activate your e-filing access for the SDNY in your PACER account. If you need view only access, submit a request for a PACER account at www.pacer.gov. If you have any questions about the ECF class please email helpdesk@nysd.uscourts.gov.

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to help_desk@nysd.uscourts.gov.


*[signature: Enoch Barquero]*

**ENOCH BARQUERO**