**ENOCH BARQUERO**

**APARTADO PA 267**
**MANAGUA**
**NICARAGUA**
enoch@i2send.com



NOTICE OF APPEAL

In re: 24-cv-526 Quaker Oats Litigation

NOTICE OF APPEAL

I appeal the Order dated December 16, 2025 to the Circuit 2 federal appeals court.  The Order I am appealing is:  *Mr. Barquero's request (Dkt. No. 90) to docket the notice of appeal is denied because the notice of appeal is untimely and therefore procedurally defective. See Gilda Indus., Inc. v. United States, 511 F.3d 1348, 1350-51 (Fed. Cir. 2008) ("A notice of appeal that is deficient because it is untimely... does not transfer jurisdiction to the circuit court. If it is clear to the district court that the notice of appeal is deficient, it may disregard the purported notice[.]" (citing 20 James Wm. Moore, Moore's Federal Practice § 303.32[2][b][iv][A])).*

**ENOCH BARQUERO**
**APPEAL OBJECTOR**

933696X1X1XPRI



PRIORITY MAIL EXPRESS
U.S. POSTAGE PAID
C2M
eVS

**PRIORITY MAIL EXPRESS®**

EBarq
Apartado PA 267
Managua, Managua 10000

**WAIVER OF SIGNATURE REQUESTED**

Clerk of Court
US District Court
300 Quarropas St
White Plains, NY 10601-4140

**USPS TRACKING # eVS**



9270 1901 5266 1900 2298 4601 19







