Pat Zhen
PO Box 366047
San Juan PR  00936
(787) 547-5010
legal@patzhen.com

Objector

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

Raymond Kessler, Hartence Hill, Lazaro
Rodriguez, Teresa Herendeen, and Barbara Abreu
individually and on behalf of all
others similarly situated,
Plaintiffs,

v.

The Quaker Oats Company,                    Case No.: 7:24-cv-00526
Defendant.

## STATUS REPORT

Objector Pat Zhen (hereinafter "Objector") respectfully submits this Status Report:

1. On December 23, 2025, Zhen proffered $325.00 as the undisputed portion of the appeal bond.

2. On January 14, 2026, the Clerk of Court refused to deposit the proffer.  *See* Exhibit.

Respectfully submitted,



_____

Pat Zhen

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Tammi M. Hellwig
Clerk of Court

January 14, 2026

Dear Pat Zhen,

    Enclosed is your check #909071836 in the amount of $325.00 which is being returned to you. We were unable to process your check because pursuant to docket order #88 (as referred to on check), Zhen is ordered to post an appeal bond of $5,000.

Sincerely,

*S. James*
S. James
Intake/Finance Clerk

**CHASE**
CHASE ONLINE BILL PAYMENT
PO BOX 15944
WILMINGTON DE 19850-5944
(800) 472-6236

Apply to Acct **Entry88-bond-proffer7-24cv00526**

PAT ZHEN
411 WALNUT ST # 7353
GREEN COVE SPRINGS FL 32043-3443

Please deposit profferred appeal bond at Entry 88 Case 7:24cv00526

909071836
25-3/440
12-23-2025

3575290010001088040001000000000

Pay   THREE HUNDRED TWENTY-FIVE AND 00/100                                                                Dollars

$325.00

To the Order of

28804 BPC 001 001 25357 - 909071836 1 OF 1
CLERK US DIST COURT
300 QUARROPAS ST
WHITE PLAINS NY 10601-4140

Security features included.
Details on back.
Check Void After 90 Days

*Kent Smith*

JPMorgan Chase Bank, N.A. Columbus, Ohio